U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Roby Dudley (J)# | CASE NO: | 00-6270-CR-Graham |
| AUSA: | Deb Stuart /Terry Thompson/ | ATTNY: | FPD: Pat Hunt present (previously appointed) |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | PSB |

BOND HEARING HELD - (yes)/no    COUNSEL APPOINTED: FPD reappointed

____ BOND SET @ $25,000 PSB

CO-SIGNATURES: ____

SPECIAL CONDITIONS:                                         SEP 27 2000

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services / Treatment as deemed necessary.
6) Maintain or seek full-time employment. —not marketing
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms. —must surr guns to anstre by a week from th.
10) Curfew: _____
11) Travel extended to: SD/FL
12) ____ Halfway House
____ Electronic Monitoring

Reside at current address. No illegal drugs or excessive alcohol

— Advised of charges,
— Sworn

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Partially indigent — must deposit $250 into Registry of Court w/in 90 days

NEXT COURT APPEARANCE:     DATE:          TIME:       JUDGE:
INQUIRY RE COUNSEL: status re partial indigence  12-27-00   11:00am   BSS
PTD/BOND HEARING: ____
PRELIM/ARRAIGN. OR REMOVAL: N/A
STATUS CONFERENCE: ____

DATE: 9-27-00    TIME: 11:00am    TAPE #: 00-074  PG # 10

431-1720

Rec'd in MIA Dkt 9-29-00