SFP 2 7 2000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-Graham

UNITED STATES OF AMERICA

        vs

Roby Dudley

ARRAIGNMENT INFORMATION SHEET

        The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    9-27-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address:___See Bond_____

                         _____

                      Telephone:_____

DEFENSE COUNSEL:    Name:___FPD: Pat Hunt_____

                      Address:_____

                         _____

                      Telephone:_____

BOND SET/CONTINUED:   $____25,000 PSB_____

Bond hearing held: yes_X___ no____ Bond hearing set for_____

Dated this__27____day of _September_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

Rec'd in MIA Dkt  9-29-00

By:_____
    Deputy Clerk

Tape No.____00-073_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services