AO 442 (Rev. 12/85) Warrant for Arrest  AUSA STUART

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   507129

UNITED STATES OF AMERICA

V.

ROBY DUDLEY

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER: **00-6270**

CR-GRAHAM
MAGISTRATE
TURNOFF

YOU ARE HEREBY COMMANDED to arrest __Roby Dudley__ (~~HANNIBAL PENNEY~~)
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense) knowingly and willfully conspiring with others to commit an offense and conspiracy to commit wire fraud against the U.S., that is, having devised a scheme to defraud persons throughout the U.S., by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice, to knowingly transmit and cause the transmission of interstate wire (telephone) communications and the willful transmission of such wire communications in execution of said scheme and artifice so devised

in violation of Title __18__ United States Code, Sections __371 (conspiracy); 1343 (wire fraud), and 2__

| CLARENCE MADDOX | COURT ADMINISTRATOR/CLERK OF THE COURT |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | FORT LAUDERDALE, FL |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __50,000 PSB__   by _____
not to be incarcerated overnight
                                       UNITED STATES MAGISTRATE JUDGE
                                       Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED 9/15/00 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9/27/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | Edward Purchase, SDUSM |