UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

**COURTROOM MINUTES**

FILED by _____ D.C.
MAR 12 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6270-CR-DLG   Date: 3-9-01
Style: U.S.A. vs. Roby Dudley, Hannibal Perry
Pltf/AUSA: Annie Martinez
Defense Counsel: Joel Kaplan - Patrick Hunt

Reporter: BARBARA MEDINA   Deputy Clerk: CLARA FOSTER

Status Conference/Hearing on Motion: Special Settings
Trial date
CSI to contact the Court re
April 1st Plea offers

Calendar Call 6-27-01   Trial Set/Reset for 7-2-01

TRIAL MINUTES:   BENCH/JURY   VOIR DIRE HELD _____

JURY TRIAL BEGINS _____   TRIAL HELD _____ DAY # _____

TRIAL ENDS _____

DEFENDANT: REMANDED/ACQUITTED   SENTENCE DATE _____

MISCELLANEOUS NOTES TO DOCKET CLERK: _____

