UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY,

    Defendant,
_____:



## WAIVER OF SPEEDY TRIAL RIGHTS

I, Roby Dudley, hereby waive all my rights to a speedy trial provided me under Title 18, United States Code, § 3161 et. seq. I do so freely and voluntarily and after fully consulting about this matter with my attorney, Patrick M. Hunt.

_____
Roby Dudley, Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Ana Martinez, Assistant United States Attorney at 99 N.E. 4th Street, Miami, FL 33132, this 23rd day of May, 2001.

_____
Patrick M. Hunt