UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-DG
DATE: 6-20-01

United States of America,

vs.

~~Robey Dudley~~
~~Hannibal Penny~~

JUDGE: DONALD L. GRAHAM

## CRIMINAL COURT MINUTES

TYPE OF HEARING: Status

AUSA: Annie Martinez, Delia Stuart
DEFENSE COUNSEL: Patrick Hunt, Joel Kaplan

INTERPRETER: None         COURT REPORTER: B. Medina
CLERK: C Foster

PROCEEDINGS AT HEARING:

∆ sworn as to indigency to retain counsel, court will appoint CJA Csl. ∆ shall present to the court the last 6 month financial transactions within 10 days. Joel Kaplan allowed to withdraw, time sheets must be submitted in ten days ex parte to the court.

MOTION: ___ GRANTED  ___ DENIED  ___ TAKEN UNDER ADV.
                     SETTING
STATUS: _____         NEW TRIAL DATE: _____
CHANGE OF PLEA: _____   OTHER: _____