UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 00-6270-CR-DLG

THE UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDWARD HEXTER, et al.,

    Defendants.

MIAMI, FLORIDA

JUNE 20, 2001

FILED by ___ D.C.
APPEAL
JUL - 3 2001
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    ANA MARIA MARTINEZ, A.U.S.A.
    DEBRA STUART, A.U.S.A.
    99 N.E. 4th Street
    Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNY:

    JOEL KAPLAN, ESQ.

FOR DEFENDANT DUDLEY:

    PATRICT HUNT, A.F.P.D.

REPORTED BY:

    BARBARA MEDINA, RPR-CP
    Official Federal Court Reporter
    Federal Justice Building, Ste. 1067
    99 Northeast 4th Street
    Miami, FL  33132 - 305/523-5138
    E-mail address: barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**