UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM



UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBY DUDLEY,

        Defendant,
_____:

## UNOPPOSED MOTION FOR LEAVE TO TRAVEL

Defendant, Roby Dudley, through counsel, respectfully moves for the entry of an Order modifying his conditions of bond to allow him to travel outside the District from August 16, 2001, until August 20, 2001 and in support states as follows:

1. Defendant made his initial appearance on September 27, 2000, on a telemarketing fraud indictment. He is currently free on a $25,000 Personal Surety Bond. Mr. Dudley has complied with bond conditions and has made all required court appearances. Standard conditions of bond do not permit travel outside the District without prior approval.

2. Defendant would like to travel to Key West, Florida and Cozumel, Mexico, on a cruise ship, from August 16-20, 2001. The purpose of his trip is a family vacation with his wife and children. The Defendant would be aboard the Imagination starting August 16, 2001, and would return on August 20, 2001.

3. Undersigned counsel has contacted Ana Maria Martinez, the Assistant United States Attorney handling this case for the government and Pretrial Services Officer Jim Jamros, who

authorized counsel to represent that they do not oppose the granting of the relief requested in this motion.

WHEREFORE, the Defendant Roby Dudley, through undersigned counsel respectfully requests that his bond conditions be modified to permit travel out of the District from August 16 until August 20, 2001.

                KATHLEEN WILLIAMS
                FEDERAL PUBLIC DEFENDER

By: _/s/ Richard Klugh_
      /for Patrick M. Hunt
        Assistant
        Federal Public Defender
        Attorney for Defendant
        Florida Bar No. 571962
        One East Broward Blvd., Suite 1100
        Ft. Lauderdale, Florida 33301
        (954) 356-7436
        FAX 954/356-7556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Ana Martinez, Assistant United States Attorney at 99 N.E. 4th Street, Miami, FL 33132, this _10th_ day of July, 2001.

_/s/ Richard Klugh_
/for Patrick M. Hunt