UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY,

    Defendant,

_____:



### ORDER ON DEFENDANT'S UNOPPOSED MOTION
### FOR LEAVE TO TRAVEL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion For Leave To Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that said motion is **GRANTED**. The Defendant may travel to Key West, Florida and Cozumel, Mexico aboard the Imagination Cruise, departing August 16, 2001, and returning no later than August 20, 2001.

DONE AND ORDERED on this 11th day of July, 2001 at Miami, Florida.

UNITED STATES DISTRICT JUDGE

cc: Patrick Hunt, AFPD
    Ana Maria Martinez, AUSA