UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-DLG

DATE: 9-25-01

United States of America,

vs.   JUDGE: DONALD L. GRAHAM

Hannibal Penny
Roby Dudley

FILED & ENTERED IN OPEN COURT
7-26-01 AT
Miami, FLA.
...District Court
...District of Florida

## CRIMINAL COURT MINUTES

TYPE OF HEARING: Status

AUSA: Annie Martinez
DEFENSE COUNSEL: William Norris  Patrick Hunt
No D's present
INTERPRETER: None    COURT REPORTER: B. Medina
CLERK: C Foster

PROCEEDINGS AT HEARING: Status hearing set to trial date. Gov't. advised court of case agents' maternity leave in December. Court schedules trial date 11-5-01 & Calendar call 10-31-01. Status conference dates 8-22-01 and 9-19-01 with a plea cut off date of 9-28-01. Parties agree to trial setting.

MOTION:    ____GRANTED    ____DENIED    ____TAKEN UNDER ADV.
                          SETTING
STATUS:_____    NEW TRIAL DATE:_____
CHANGE OF PLEA:_____    OTHER:_____

Rec'd in MIA Dkt  8/1/01