UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

01 OCT 12 PM 3:48

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBY DUDLEY,

        Defendant,

_____:

### NOTICE OF CONFLICT AND REQUEST FOR HEARING

The Federal Public Defender respectfully files the following notice of conflict of interest with respect to a potential witness in this case, Paul Oppenheimer, and requests a hearing on this matter:

1. Paul Oppenheimer was employed as a salesman/manager by Best Marketing during part of the time period relevant to this case (the indictment covers 1991-1996). Mr. Oppenheimer has significant knowledge with respect to the daily operation of Best Marketing during this time. Mr. Oppenheimer was not charged in this indictment.

2. Paul Oppenheimer has a prior federal conviction in this District, Case No. 95-6127-Cr-ZLOCH. On information and belief, Mr. Oppenheimer cooperated with the government and received a sentence reduction in that case.

3. On October 10, 2001, counsel learned that the Federal Public Defender was appointed to represent Mr. Oppenheimer in August, 2000, on a supervised release violation and represented him during a period of several months. On information and belief, during the course of that representation, the Federal Public Defender gained access to confidential information which could



be used to Mr. Oppenheimer's detriment if he were to be called as a witness.

4. Based upon telephone contact with the government, it appears that the government does not intend to call Mr. Oppenheimer in its case in chief, but wishes to reserve the right to use him as a rebuttal witness. Even if the government elected not to call Mr. Oppenheimer, he is an important figure in this case and is a potential defense witness.

5. This overlap in representation presents a conflict of interest for the Federal Public Defender.

6. Accordingly, the Federal Public Defender respectfully requests a hearing in order to fully present this issue to the Court and seek the Court's guidance as to how to proceed.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
for Patrick M. Hunt
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 571962
One East Broward Blvd., Suite 1100
Ft. Lauderdale, Florida 33301
(954) 356-7436
FAX 954/356-7556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Ana Martinez, Assistant United States Attorney at 99 N.E. 4th Street, Miami, FL 33132, this 12th day of October, 2001 and William Norris, Esq. at 7685 SW 104th Street, Suite 220, Miami, FL 33156.

_____
for Patrick M. Hunt