UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-DLG
DATE: 10-31-01

United States of America,

VS.

Hannibal Penny
~~Roby Dudley~~ (present)

JUDGE: DONALD L. GRAHAM

CRIMINAL COURT MINUTES

TYPE OF HEARING: Status Conference

AUSA: Ana Martinez
DEFENSE COUNSEL: Patrick Hunt, AFPD, Wm. Norris
Albert Levin (standing in for Mike Cohen)
INTERPRETER: _____ COURT REPORTER: B. Medina
CLERK: C Foster

PROCEEDINGS AT HEARING: Albert Levin Advised court that Mr. Cohen's client will not waive and will Assert 5th Amendment Crt find conflict exist FPD Office is excused as counsel for Mr. Dudley Mr. Levin Apptd as csl for purposes of trial

4-8-02 Calendar Call 4-3-02

MOTION: ___ GRANTED    ___ DENIED    ___ TAKEN UNDER ADV.
                        SETTING

STATUS: _____       NEW TRIAL DATE: _____
CHANGE OF PLEA: _____  OTHER: NOV - 8 2001

Rec'd in MIA Dkt