UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY,

    Defendants.

_____/



## WAIVER OF SPEEDY TRIAL

**COMES NOW**, undersigned counsel and files this, his Waiver of Speedy Trial and would furthermore would state as follows:

1. Undersigned counsel was recently appointed to represent the Defendant herein.

2. As a result of the undersigned's recent appointment, this Court has reset this trial for the two week period commencing April 8, 2002, to allow the undersigned an opportunity to prepare for trial.

3. By way of this Motion, the Defendant, through counsel, would waive any and all speedy trial rights which he may have with respect to this matter.

4. The undersigned has conferred with his client who authorizes the waiver



USA V. ROBY DUDLEY
CASE NO.: 00-6270-CR-GRAHAM

of his right to a speedy trial.

**WHEREFORE**, the undersigned would respectfully request that this Honorable Court take note of the above and foregoing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished by mail on this __8th__ day of November, 2001 to Ana Maria Martinez, Esquire, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida and William M. Norris, Esquire, Offices at Pinecrest II, 7685 S.W. 104th Avenue, Suite #220, Miami, Florida 33156.

Respectfully submitted,

**LAW OFFICE OF ALBERT Z. LEVIN P.A.**
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
Telephone: (305) 379-7101
Fax Number: (305) 372-0052

By: _____
**ALBERT Z. LEVIN**
**Florida Bar No.: 316581**