```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
      MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM
```

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBY DUDLEY,

        Defendant.

_____/

**O R D E R**

FILED by ___ D.C.
NOV 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**THIS CAUSE** came before the Court upon Defendant's Ex Parte Motion to Incur the Costs of an Investigator, filed November 1, 2001.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that defendant Dudley's Motion is **Granted** in accordance with the Criminal Justice Act and 18 U.S.C. § 3006A(e)1.

**DONE AND ORDERED** in chambers, at Miami, Florida this 14th day of November, 2001.

        _____
        DONALD L. GRAHAM
        UNITED STATES DISTRICT JUDGE

Copied: Albert Levin, Esq.

