UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY, ET.AL.

    Defendants.
_____/



## MOTION TO ADOPT DEFENDANT HANNIBAL PENNEY'S SECOND MOTION IN LIMINE TO SUPPRESS ILLEGAL WIRE INTERCEPTIONS AND THEIR FRUITS

**COMES NOW**, undersigned counsel for Defendant **ROBY DUDLEY** and files this, his Motion to Adopt Defendant Hannibal Penney's Second Motion in Limine to Suppress Illegal Wire Interceptions and Their Fruits and as grounds therefore would state as follows:

    1.    Defendant Roby Dudley is an "aggrieved person" as defined in 18 U.S.C. §2510(11) of Title III of the Omnibus Crime Control and Safe Streets Act of 1968, in that all or substantially all of his wire communications while employed at Best Marketing, Inc., were unlawfully intercepted by or on behalf of Ed Hexter, without Mr. Dudley's knowledge or consent.



USA V. ROBY DUDLEY
CASE NO.: 00-6270-CR-GRAHAM

2. Defendant Hannibal Penney has filed a Motion in Limine seeking to suppress these illegal wire interceptions and their fruits.

3. By way of this Motion, the undersigned would move to adopt the motion filed by Co-Defendant Penney in that the issues raised in Penney's motion are equally applicable to Co-Defendant Dudley.

4. As stated previously, Dudley has standing to assert the same relief sought by Co-Defendant Penney in that he is an "aggrieved person" and all of his wire communications during the time that he was employed at Best Marketing, Inc., were unlawfully intercepted without his knowledge or consent.

5. The undersigned has conferred with Anna Maria Martinez, Esquire, Assistant United States Attorney, who has no objection to Defendant Dudley adopting Co-Defendant Penney's Motion to the exent that he has standing to assert relief.

**WHEREFORE**, the undersigned would respectfully request that this Honorable Court enter an Order allowing Co-Defendant Dudley to Adopt Defendant Penney's

USA V. ROBY DUDLEY
CASE NO.: 00-6270-CR-GRAHAM

Motion to Suppress Illegal Wire Interceptions and Their Fruits.

                                            Respectfully submitted,

                                            **Law Office of Albert Z. Levin, P.A.**
                                            888 Brickell Avenue
                                            Sixth Floor
                                            Miami, Florida 33131
                                            Telephone: (305) 379-7101
                                            Fax: (305) 372-0052

                                            _____
                                            **ALBERT Z. LEVIN**
                                            **Fla. Bar No.: 316581**

USA V. ROBY DUDLEY
CASE NO.: 00-6270-CR-GRAHAM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this __7th__ day of January, 2002, to: Ana Maria Martinez, Esquire, Assistant United States Attorney, 44 N.W. 4th Street, Miami, Florida 33132 and William M. Norris, Esquire, 7685 S.W. 104th Sdtreet, Suite #220, Miami, Florida 33156.

_____
ALBERT Z. LEVIN, ESQUIRE

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY,

    Defendant.
_____/

## ORDER

**THIS MATTER** having come before this Court upon the Defendant Roby Dudley's Motion to Adopt Hannibal Penney's Motion in Limine to Suppress Illegal Wire Interceptions and Their Fruits and the Court, after reviewing the Motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Defendant Roby Dudley's Motion to Adopt Co-Defendant's Motion to Suppress Illegal Wire Interceptions and Their Fruits is hereby **GRANTED.**

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this ____ day of January, 2002.

                                                **U.S. DISTRICT JUDGE**

cc: Albert Z. Levin, P.A.
    Ana Maria Martinez, Esquire, AUSA
    William M. Norris, P.A.