UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

v.

ROBY DUDLEY
and
HANNIBAL PENNEY
_____/

NIGHT BOX FILED
JAN 17 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### GOVERNMENT'S MOTION FOR AN ENLARGEMENT OF TIME

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully files this motion for an enlargement of time to respond to defendant Hannibal Penney's "Second Motion in Limine: To Suppress Illegal Wire Interceptions and Their Fruits." In support, the government states the following.

1. The trial in this case is scheduled for April 8, 2002.

2. Most of the witnesses with personal knowledge of the facts relating to the issues raised by Penney's motion are represented by counsel. The government has obtained permission from all counsel to contact their clients; however, additional time is necessary to reach the witnesses.

3. On January 14, the government received Roby Dudley's motion to adopt Penney's motion; thus Dudley raised issues relating to him. Counting from the certificate of service the local rules would make the response to Dudley's motion due January 25, 2002. It would be best

1



if the government's response addressed both of the defendants' claims in one responsive pleading.

4. The undersigned was unable to reach counsel for the defendants prior to filing this motion.

For the reasons stated above, the United States respectfully requests that this Court enlarge the time to respond to Penney's motion so that it is due five business days later (January 25, 2002), which is the date when the response to Dudley's motion is due.

                        Respectfully submitted,

                        GUY A. LEWIS
                        UNITED STATES ATTORNEY

By: _____
     ANA MARIA MARTINEZ
     ASSISTANT UNITED STATES ATTORNEY
     FLORIDA BAR NO. 0735167
     99 N.E. 4th Street
     Miami, Florida 33132
     Tel: (305) 961-9431
     Fax: (305) 530-6168

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 17th day of January, 2002 to: Bill Norris, Esq., 7685 S.W. 104th St., Suite 220, Miami, FL 33156, and Albert Levin, Esq., 888 Brickell Ave., Sixth Floor, Miami, FL 33131.

_____
ANA MARIA MARTINEZ
ASSISTANT UNITED STATES ATTORNEY