UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

v.

ROBY DUDLEY
and
HANNIBAL PENNEY

_____/



## ORDER

This matter came before the Court on the government's motion for an enlargement of time, and having reviewed the motion, and being duly advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The government's response to Penney's Second Motion in Limine shall be filed on or before January 25, 2002.

DONE AND ORDERED, this 22nd day of January, 2002, at Miami, Florida.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

copies: Ana Maria Martinez, AUSA
       Bill Norris, Esq.
       Albert Levin, Esq.