UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY,

    Defendants.
_____/

FILED by _____ D.C.
JAN 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## SUPPLEMENT TO PREVIOUSLY FILED EX-PARTE MOTION TO INCUR THE COSTS OF AN INVESTIGATOR

**COMES NOW**, undersigned counsel for Defendant **ROBY DUDLEY** and files this, his Supplement to his Previously Filed Ex-Parte Motion to Incur the Costs Of An Investigator and as grounds therefore would state as follows:

1. Previously, the undersigned filed a Motion with this Honorable Court seeking advance authorization to incur the cost of an Investigator. The undersigned has retained the investigative agency of McMahon and Associates to assist in the investigation of this matter. McMahon and Associates bills at an hourly rate of $40.00 per hour.

2. Discovery in this cause is voluminous. Additionally, there are witnesses which need to be located for trial.