UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 0 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

        Plaintiff,

CASE NO.: 00-6270-CR-GRAHAM
Magistrate Judge Johnson

v

ROBY DUDLEY
        Defendant(s).
_____/

## MOTION FOR PERMISSION TO TRAVEL

**COMES NOW**, undersigned counsel for Defendant Roby Dudley and files this, his Motion for Permission to Travel and would furthermore state as follows:

1. The Defendant Roby Dudley has been released from custody under conditions of bond which limit his travel to the Southern District of Florida.

2. Defendant Dudley would like to travel to Orlando, Florida from February 15 through 17, 2002. The purpose of said travel is pleasure(Disney World).

3. The Defendant would return to this District the evening of February 17, 2002.

4. The undersigned attempted to confer with Anna Maria Martinez, Esq., however, she was unavailable.

        **WHEREFORE**, the undersigned would respectfully request that this



Honorable Court grant the foregoing Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 1st day of February 20002 to Anna Maria Martinez, AUSA, United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida.

      Respectfully submitted,

      **Law Office of Albert Z. Levin, P.A.**
      888 Brickell Avenue
      Sixth Floor
      Miami, Florida 33131
      (305) 379-7101

      BY: _____
      ALBERT Z. LEVIN
      Fla. Bar No.: 316581