UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-06270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBY DUDLEY,

        Defendant.
_____/



FILED by ___ D.C.
FEB - 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER GRANTING MOTION TO TRAVEL

**THIS CAUSE** came before the Court upon Defendant's Motion for Permission to Travel, filed February 4, 2002.

**THE COURT** having reviewed the issues at hand and being otherwise fully advised in the premises and noting no objection from the Government, it is hereby,

**ORDERED AND ADJUDGED** that Defendant's Motion to Travel is **Granted**. The Defendant shall report his itinerary to Pretrial Services prior to leaving the District and upon his return. All other conditions of bond previously set by Magistrate Judge Seltzer are in full force and effect.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 8th day of February, 2002.

                                     DONALD L. GRAHAM
                                     UNITED STATES DISTRICT JUDGE

Copies to: Annie Martinez, AUSA
          Albert Z. Levin, Esq.

