UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-GRAHAM



FILED BY _____ DKT
02 MAR 14 PM 2:52
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY, ET.AL.

    Defendants.
_____/

## MOTION FOR DAILY TRANSCRIPTS OF PROCEEDINGS

**COMES NOW**, undersigned counsel for Defendant **ROBY DUDLEY** and files this, his Motion for Daily Transcripts of Proceedings and would respectfully state as follows:

1.     Trial in the above styled cause is scheduled to commence April 8, 2002.

2.     The issues pertaining to the matter are complex and the trial is expected to last approximately 30 days.

3.     By way of this Motion, the undersigned would respectfully request that this Honorable Court authorize the court reporter to provide counsel with daily copy of the proceedings.

4.     The undersigned is appointed pursuant to the Criminal Justice Act, as is

1



USA V. ROBY DUDLEY
CASE NO.: 00-6270-CR-GRAHAM

co-counsel William Norris, Esquire. However, one copy for both will suffice.

**WHEREFORE**, the undersigned would respectfully request that this Honorable Court grant the foregoing Motion

                                        Respectfully submitted,

                                        **Law Office of Albert Z. Levin, P.A.**
                                        888 Brickell Avenue
                                        Sixth Floor
                                        Miami, Florida 33131
                                        Telephone: (305) 379-7101
                                        Fax: (305) 372-0052

                                        _____
                                        **ALBERT Z. LEVIN**
                                        **Fla. Bar No.: 316581**

USA V. ROBY DUDLEY
CASE NO.: 00-6270-CR-GRAHAM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 12th day of March, 2002, to: Ana Maria Martinez, Esquire, Assistant United States Attorney, 44 N.W. 4th Street, Miami, Florida 33132 and William M. Norris, Esquire, 7685 S.W. 104th Street, Suite #220, Miami, Florida 33156.

_____
ALBERT Z. LEVIN, ESQUIRE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY,

    Defendant.
_____/

## ORDER

**THIS MATTER** having come before this Court upon the Defendant Roby Dudley's Motion for Daily Transcripts of Proceedings and the Court, after reviewing the Motion and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     Defendant Roby Dudley's Motion for Daily Transcripts of Proceedings is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this ____ day of March, 2002.

                                                                **DONALD L. GRAHAM**
                                                                 **U.S. DISTRICT JUDGE**

cc:  Albert Z. Levin, P.A.
     Ana Maria Martinez, Esquire, AUSA
     William M. Norris, P.A.