UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-DLG
DATE: 3-20-02

United States of America,

vs.

Hannibal Penny
Roby Dudley

JUDGE: DONALD L. GRAHAM

FILED by ___ D.C.
MAR 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CRIMINAL COURT MINUTES

TYPE OF HEARING: Status Hearing

AUSA: Annie Martinez
DEFENSE COUNSEL: Albert Levin, William Norris

INTERPRETER: _____
COURT REPORTER: B. Medina
CLERK: C Foster

PROCEEDINGS AT HEARING: Status Hearing
Discovery Compliance
Court scheduled date for all
pending motions 3-26-02

MOTION:  ____GRANTED   ____DENIED   ____TAKEN UNDER ADV.
                        SETTING

STATUS: _____                NEW TRIAL DATE: _____
CHANGE OF PLEA: _____        OTHER: _____