UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270CR-DLG
DATE: 3-26-02

United States of America,

vs.

Hannibal Penny — Not Present
Roby Badley — present

JUDGE: DONALD L. GRAHAM

FILED by __ D.C.
MAR 27 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### CRIMINAL COURT MINUTES

TYPE OF HEARING: Motion to Suppress & all pending motions et al

AUSA: Annie Martinez, Debra Stuart

DEFENSE COUNSEL: Albert Levin - William Norris

INTERPRETER: None           COURT REPORTER: B. Medina
CLERK: Foster

PROCEEDINGS AT HEARING:

Gov't calls witnesses re: motion to Suppress; direct & cross; brief Argument - Reset

Hrg. re: Client privilege issues will be rescheduled csl present instructed to contact chambers re: notification

MOTION: ___ GRANTED   ___ DENIED   ✓ TAKEN UNDER ADV.
SETTING

STATUS: _____           NEW TRIAL DATE: _____
CHANGE OF PLEA: _____   OTHER: Continued Motion Hearing 3-28-02 @ 10:00 AM

138/8