UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY, ET.AL.

    Defendants.
_____/



## EX-PARTE MOTION FOR SERVICE OF SUBPOENAS

The Defendant, ROBY DUDLEY, moves this Court <u>ex-parte</u> for authorization to have the United States Marshal's Office serve trial subpoenas in this case, pursuant to Fed.R.Crim. P.17(b), and alleges:

1. Trial in this case is scheduled to commence Tuesday, April 9th, 2002.

2. Undersigned counsel for Defendant ROBY DUDLEY is Court-appointed pursuant to the Criminal Justice Act.

3. Defendant requires the assistance of the U.S. Marshal to serve trial subpoenas of defense witnesses in this case. Defendant, however, is financially unable to pay the fees of the witnesses or the costs incurred by the process.

1

USA V. ROBY DUDLEY
CASE NO.:00-6270-CR-HURLEY

4. Pursuant to Fed.R.Crim.P. 17 and 28 U.S.C. Sec. 1825, the Court may order that a Subpoena be issued for service on a named witness upon an ex-parte application as contained herein. The witnesses who may be needed as defense witnesses at the trial of this case are as follows:

- a) WILLIAM ESTRELLA
  C/O AMERICAN MEDICAL PRODUCTS
  101 President Avenue
  Fall River, Massachussetts 02720
  Telephone: (508) 672-3334

- b) CLARENCE BUEHNER
  C/O MODEM CONCRETE PRE-CAST
  2514 Elizabeth Street
  Apt. #4
  Salt Lake City, Utah 84109
  Telephone: (801) 484-2391

2. Attached hereto is a proposed Order for this Court's review.

**WHEREFORE**, it is requested that this Court grant the foregoing Motion and enter all further relief necessary to effectuate the service of process on all necessary defense witnesses.

USA V. ROBY DUDLEY
CASE NO.:00-6270-CR-HURLEY

Dated this __1st__ day of April, 2002.

                        Respectfully submitted,

                        **Law Office of Albert Z. Levin, P.A.**
                        888 Brickell Avenue
                        Sixth Floor
                        Miami, Florida 33131
                        Telephone: (305) 379-7101
                        Fax: (305) 372-0052

                        _____
                        **ALBERT Z. LEVIN**
                        **Fla. Bar No.: 316581**
                        (Signed on behalf of Mr. Levin in order to expedite delivery)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY, ET.AL.

    Defendant.
_____/

## ORDER GRANTING DEFENDANT ROBY DUDLEY'S EX-PARTE MOTION FOR SERVICE OF RULE 17(c) SUBPOENA

**THIS CAUSE** came on to be heard upon the Defendant, ROBY DUDLEY'S Ex Parte Motion For Service of Rule 17(c) Subpoena, and the Court, having reviewed the file and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Defendant ROBY DUDLEY'S Ex-parte Motion For Service of Rule 17(c) Subpoena is hereby **GRANTED**. Pursuant to Fed.R. Crim.P. 17(c) and 17(b), the Clerk of the Court and the United States Marshal shall issue and serve a Subpoena to the following witness as needed by defendant:

    a)    WILLIAM ESTRELLA
            C/O AMERICAN MEDICAL PRODUCTS
            101 President Avenue
            Fall River, Massachussetts 02720
            Telephone: (508) 672-3334

UNITED STATES V. ROBY DUDLEY
CASE NO.:00-6270-CR-GRAHAM

      b)      CLARENCE BUEHNER
                C/O MODEM CONCRETE PRE-CAST
                2514 Elizabeth Street
                Apt. #4
                Salt Lake City, Utah 84109
                Telephone: (801) 484-2391

2.    The costs incurred by the Subpoena process and the fees of the witnesses so subpoenaed shall not be paid by Defendant ROBY DUDLEY as he is financially unable to pay same. The costs incurred by the Subpoena process and the travel and other statutory fees and costs of the witnesses so subpoenaed shall be paid in the same manner in which similar costs and fees are paid in cases of witnesses subpoenaed on behalf of the Government Fed.R.Crim.P. 17(b).

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida, this ____ day of March, 2002.

                                                              _____
                                                              **DONALD L. GRAHAM**
                                                              **U.S. DISTRICT JUDGE**

cc:  Albert Z. Levin, P.A.
      Lucy Lara, CJA Administrator
      U.S. Marshal
      Clerk, U.S. District Court

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
# Southern District of Florida

CASE NUMBER: 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

V.

ROBY DUDLEY, ET.AL.,

SUBPOENA IN A
CRIMINAL CASE

TO: WILLIAM ESTRELLA
C/O AMERICAN MEDICAL PRODUCTS
101 PRESIDENT AVENUE
FALL RIVER, MASSACHUSSETTS  02720
(508) 672-3334

[x] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| FEDERAL COURTHOUSE<br>99 N.E. 4th Street<br>MIAMI, FLORIDA | 6 |
| | DATE AND TIME<br>MONDAY, APRIL 22, 2002 AT 8:00 AM |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

(BY) DEPUTY CLERK

DATE

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
LAW OFFICE OF ALBERT Z. LEVIN, ESQUIRE
888 BRICKELL AVENUE, 6th FLOOR
MIAMI, FL  33131       (305) 379-7101

**PLEASE CALL ATTORNEY'S OFFICE
BEFORE GOING TO COURT.

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## Southern District of Florida

CASE NUMBER: 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

V.

ROBY DUDLEY, ET.AL.,

SUBPOENA IN A
CRIMINAL CASE

TO: CLARENCE BUEHNER
C/O MODEM CONCRETE PRE-CAST
2514 ELIZABETH STREET
APT. #4
SALT LAKE CITY, UTAH 84109      (801) 484-2391

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| FEDERAL COURTHOUSE 99 NE 4th STREET MIAMI, FL | 6 |
| | DATE AND TIME MONDAY, APRIL 22, 2002 AT 8:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

(BY) DEPUTY CLERK



DATE

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
ALBERT Z LEVIN, ESQUIRE
888 BRICKELL AVENUE, 6th FLOOR
MIAMI, FL  33131      (305) 379-7101

**PLEASE CALL ATTORNEY"S OFFICE BEFORE GOING TO COURT.