UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED by ___ D.C.
APR 0 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6270-CR-GRAHAM/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBY DUDLEY, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Defendants' Ex-Parte Motion for Service of Subpoenas (D.E. 139), filed April 2, 2002.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Motion is **DENIED WITHOUT PREJUDICE.** Defendant is directed to refile his motion upon compliance with Federal Rules of Civil Procedures 17(b), which requires a showing that the witness is necessary to an adequate defense. Accordingly, a detailed explanation of the expected testimony of the witness is required.



**DONE AND ORDERED** in Chambers at Miami, Florida, this _____ day of April, 2002.

                                                    DONALD L. GRAHAM
                                                    UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Garber
        Albert Z. Levin, Esq.
        AUSA Ana Maria Martinez, Esq.