NIGHT BOX
FILED

APR 0 2 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6270-CR-GRAHAM**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBY DUDLEY, ET.AL.

      Defendants.

_____/

### EX-PARTE MOTION FOR SERVICE OF SUBPOENAS

The Defendant, ROBY DUDLEY, moves this Court ex-parte for authorization to have the United States Marshal's Office serve trial subpoenas in this case, pursuant to Fed.R.Crim. P.17(b), and alleges:

1.    Trial in this case is scheduled to commence Tuesday, April 9th, 2002.

2.    Undersigned counsel for Defendant ROBY DUDLEY is Court-appointed pursuant to the Criminal Justice Act.

3.    Defendant requires the assistance of the U.S. Marshal to serve trial subpoenas of defense witnesses in this case. Defendant, however, is financially unable to pay the fees of the witnesses or the costs incurred by the process.

1



USA V. ROBY DUDLEY
CASE NO.:00-6270-CR-HURLEY

4.    Pursuant to Fed.R.Crim.P. 17 and 28 U.S.C. Sec. 1825, the Court may

order that a Subpoena be issued for service on a named witness upon an ex-parte

application as contained herein.    The witnesses who may be needed as defense

witnesses at the trial of this case are as follows:

a)    ROBERT MARCELLO
        4154 Webster Avenue
        Apt. #B
        Cincinnati, Ohio 45236
        (513) 984-1148

b)    JAY COULTER
        (Business address)
        1845 North State Street
        Girard, Ohio
        (330) 337-6608
                Or
        (Home address)
        1085 E. 3rd Street
        Salem, Ohio 44460

c)    LARRY PATTON
        2901 West Michigan
        Jackson, Michigan 49202
        (517) 784-7777

2.    Attached hereto is a proposed Order for this Court's review.

**WHEREFORE**, it is requested that this Court grant the foregoing Motion and

2

**USA V. ROBY DUDLEY**
**CASE NO.:00-6270-CR-HURLEY**

enter all further relief necessary to effectuate the service of process on all necessary

defense witnesses.

Dated this ___2ND___ day of April, 2002.

Respectfully submitted,

**Law Office of Albert Z. Levin, P.A.**
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
Telephone: (305) 379-7101
Fax: (305) 372-0052

**ALBERT Z. LEVIN**
**Fla. Bar No.: 316581**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.:00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBY DUDLEY, ET.AL.

      Defendant.

_____/

## ORDER GRANTING DEFENDANT ROBY DUDLEY'S EX-PARTE MOTION FOR SERVICE OF RULE 17(c) SUBPOENA

**THIS CAUSE** came on to be heard upon the Defendant, ROBY DUDLEY'S Ex Parte Motion For Service of Rule 17(c) Subpoena, and the Court, having reviewed the file and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

      1.    The Defendant ROBY DUDLEY'S Ex-parte Motion For Service of Rule 17(c) Subpoena is hereby **GRANTED**. Pursuant to Fed.R. Crim.P. 17(c) and 17(b), the Clerk of the Court and the United States Marshal shall issue and serve a Subpoena to the following witness as needed by defendant:

      a)    ROBERT MARCELLO
             4154 Webster Avenue
             Apt. #B
             Cincinnati, Ohio 45236
             (513) 984-1148

1

UNITED STATES V. ROBY DUDLEY
CASE NO.:00-6270-CR-GRAHAM

      b)     JAY COULTER
             (Business address)
             1845 North State Street
             Girard, Ohio
             (330) 337-6608
                    Or
             (Home address)
             1085 E. 3rd Street
             Salem, Ohio 44460

      c)     LARRY PATTON
             2901 West Michigan
             Jackson, Michigan 49202
             (517) 784-7777

2.     The costs incurred by the Subpoena process and the fees of the witnesses so subpoenaed shall not be paid by Defendant ROBY DUDLEY as he is financially unable to pay same. The costs incurred by the Subpoena process and the travel and other statutory fees and costs of the witnesses so subpoenaed shall be paid in the same manner in which similar costs and fees are paid in cases of witnesses subpoenaed on behalf of the Government Fed.R.Crim.P. 17(b).

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida, this _____ day of March, 2002.

                                                   _____

                                                   **DONALD L. GRAHAM**
                                                     **U.S. DISTRICT JUDGE**

cc: Albert Z. Levin, P.A.
     Lucy Lara, CJA Administrator
     U.S. Marshal
     Clerk, U.S. District Court

1

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## Southern District of Florida

CASE NUMBER: _____00-6270-CR-GRAHAM_____

UNITED STATES OF AMERICA                              SUBPOENA IN A
                                                      CRIMINAL CASE
                    V.

ROBY DUDLEY

TO:  LARRY PATTON
     2901 WEST MICHIGAN
     JACKSON, MICHIGAN
     (517) 784-7777

[XX] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. FEDERAL COURTHOUSE<br>99 NE 4th STREET<br>MIAMI, FLORIDA | 6 |
| | DATE AND TIME<br>MONDAY, APRIL 22, 2002 AT 8:00 AM |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK | |

| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | |
|---|---|
| ALBERT Z. LEVIN, ESQUIRE<br>888 BRICKELL AVENUE, 6th FLOOR<br>MIAMI, FLORIDA  33131     (305) 379-7101 | **PLEASE CALL ATTORNEY'S OFFICE BEFORE<br>GOING TO COURT.  THANK YOU. |

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
## Southern District of Florida

CASE NUMBER: 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA

v.

ROBY DUDLEY

**SUBPOENA IN A
CRIMINAL CASE**

TO: JAY COULTER
(BUSINESS ADDRESS)          (HOME ADDRESS)
1845 N. STATE STREET        1085 E. 3rd STREET
GIRARD, OHIO                SALEM, OHIO  44460
(330) 337-6608

XX ☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any
subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in
effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. FEDERAL COURTHOUSE<br>99 NE 4th STREET<br>MIAMI, FLORIDA | 6 |
|  | **DATE AND TIME**<br>MONDAY, APRIL 22, 2002 AT 8:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

U.S. MAGISTRATE JUDGE OR CLERK OF COURT                    DATE

(BY) DEPUTY CLERK

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
ALBERT Z. LEVIN, ESQUIRE
888 BRICKELL AVENUE, 6th FLOOR
MIAMI, FLORIDA  33131        (305) 379-7101

** PLEASE CALL ATTORNEY'S OFFICE BEFORE
GOING TO COURT.  THANK YOU.

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court
# Southern District of Florida

00-6270-CR-GRAHAM

**CASE NUMBER:** _____

UNITED STATES OF AMERICA

V.

ROBY DUDLEY

**SUBPOENA IN A
CRIMINAL CASE**

TO:    ROBERT MARCELLO
       4154 WEBSTER AVENUE, APT. #B
       CINCINNATI, OHIO  45236
       (513) 984-1148

☒☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. FEDERAL COURTHOUSE<br>99 N.E. 4th STREET<br>MIAMI, FLORIDA | 6 |
| | **DATE AND TIME**<br>MONDAY, APRIL 22, 2002 AT 8:00 AM |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
ALBERT Z. LEVIN, ESQUIRE
888 BRICKELL AVENUE, 6th FLOOR
MIAMI, FL  33131    (305) 379-7101

**PLEASE CALL ATTORNEY'S OFFICE BEFORE
GOING TO COURT.  THANK YOU.