**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6270-CR-GRAHAM**

UNITED STATES OF AMERICA,

     Plaintiff,

v.

ROBY DUDLEY, ET AL.,

     Defendants.

_____/

## ADDENDUM TO PREVIOUSLY FILED EX-PARTE MOTIONS FOR SERVICE OF SUBPOENAS

COMES NOW, the undersigned counsel for Defendant, ROBY DUDLEY, and files this, his Addendum to his previously filed Ex-Parte Motions for Service of Subpoenas and would furthermore allege as follows:

1.    Defendant ROBY DUDLEY has filed two separate Ex-Parte Motions for Service of Subpoenas on April 1st and 2nd, 2002.

2.    By way of this Motion the undersigned would inform this Honorable Court that the witnesses listed in the Request for Service of Subpoenas filed April 1, 2002, William Estrella and Clarence Buehner, would testify that they were two (2) satisfied customers of Defendant, ROBY DUDLEY, while he was employed at

- 1 -



CASE NO.: 00-6270-CR-GRAHAM

Best Marketing.  In essence, they would testify that at no time did they feel that

DUDLEY made any misrepresentations to them nor did they feel that they had

been defrauded in any way.  Additionally, they would further testify that they were

repeat customers of DUDLEY and were completely satisfied with representations

he made to them, including the awarding of premiums in connection with their

purchases.

3.      With respect to Defendant's Motion filed April 2, 2002, the Defendant

has requested that subpoenas be issued to Robert Marcello, Jay Coulter and

Larry Patton.  These individuals were recipients of vehicles awarded by Best

Marketing to customers. They too would indicate that they were satisfied

customers and all expended sums far less than the cost of vehicles that they

received.

4.      The government has theorized that in fact the recipients of vehicles

were hand-picked by the sales personnel, if not management.  Their selection

was predicated, according to the government's proof, on the amount of money

spent with Best Marketing.  By way of example, Robert Marcello spent $598.00

with Best Marketing and was the recipient of a new automobile, which is contrary

to the government's theory.

5.      It is respectfully submitted that these witnesses are essential to

ensure that DUDLEY receive effective representation and a vigorous defense.

- 2 -

**CASE NO.: 00-6270-CR-GRAHAM**

WHEREFORE, the undersigned would respectfully request that this

Honorable Court consider the above and foregoing and find that this showing

warrants this Court's ordering the Marshall service to serve the subpoenas

requested by the Defendant herein.

DATED this 4th day of April, 2002.

Respectfully submitted,

Law Office of Albert Z. Levin, P.A.
888 Brickell Avenue
Sixth Floor
Miami, Florida   33131
Telephone:   (305) 379-7101
Facsimile:   (305) 372-0052

By: _____
          ALBERT Z. LEVIN
          Florida Bar No.: 316581