UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY, ET.AL.

    Defendant.
_____/

FILED by _____ D.C.

APR - 5 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

### ORDER GRANTING DEFENDANT ROBY DUDLEY'S EX-PARTE MOTION FOR SERVICE OF RULE 17(c) SUBPOENA

**THIS CAUSE** came on to be heard upon the Defendant, ROBY DUDLEY'S Ex Parte Motion For Service of Rule 17(c) Subpoena, and the Court, having reviewed the file and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Defendant ROBY DUDLEY'S Ex-parte Motion For Service of Rule 17(c) Subpoena is hereby **GRANTED**. Pursuant to Fed.R. Crim.P. 17(c) and 17(b), the Clerk of the Court and the United States Marshal shall issue and serve a Subpoena to the following witness as needed by defendant:

    a)    ROBERT MARCELLO
            4154 Webster Avenue
            Apt. #B
            Cincinnati, Ohio 45236
            (513) 984-1148



    b)    JAY COULTER
          (Business Address)
          1845 North State Street
          Girard, Ohio
          (330) 337-6608

          Or

          (Home address)
          1085 E. 3rd Street
          Salem, Ohio 44460

    c)    LARRY PATTON
          2901 West Michigan
          Jackson, Michigan 49202

2. The costs incurred by the Subpoena process and the fees of the witnesses so subpoenaed shall not be paid by Defendant ROBY DUDLEY as he is financially unable to pay same. The costs incurred by the Subpoena Process and the travel an other statutory fees and costs of the witnesses so subpoenaed shall be paid in the same manner in which similar costs and fees are paid in cases of witnesses subpoenaed on behalf of Government Fed.R.Crim.P. 17(b).

3. The attorney for the Defendant shall minimize expenses by coordinating travel plans with the dates of expected trial testimony.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of April, 2002.

                                                      DONALD L. GRAHAM
                                                      UNITED STATES DISTRICT JUDGE

copied: Albert Z. Levin, Esq.
        Lucy Lara, CJA Administrator
        U.S. Marshal
        Clerk, U. S. District Court