UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROBY DUDLEY,

      Defendant.

_____/



## DEFENSE WITNESS LIST

    Comes now the Defendant, ROBY DUDLEY, by and through the undersigned attorney, hereby files this list of witnesses who may be called for trial by the Defendant.

| | |
|---|---|
| 1. David Hexter | 6. Leslie Goldberg |
| 2. Barbara Kelly | 7. Sandy Saltzman |
| 3. Robert Marcello | 8. Ruth Geier |
| 4. Jay Coulter | 9. Clarence Buehner |
| 5. Larry Patton | 10. Ruth Wiese |

Respectfully submitted,

Albert Levin, P.A.
888 Brickell Avenue
Sixth Floor
Miami, Florida 33131
(305) 379-7101

April ___, 2002.

