UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM
Magistrate Turnoff

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBEY DUDLEY
and
HANNIBAL PENNEY

        Defendants.

_____/



FILED by _____ D.C.
APR 08 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests the Court to include in its voir dire the attached questions in addition to the questions usually asked by the Court. A copy of these requested voir dire questions is being provided to Albert Levin, Esquire, and William Norris, Esquire, counsel for the defendants, by hand delivery this ___8th___ day of April, 2002.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By:    _/s/ Debra J. Stuart_____
        Debra J. Stuart
        Assistant United States Attorney
        Court No. A5500061
        99 NE 4th Street
        Miami, FL 33132
        Telephone: (305) 961-9431
        Fax: (305) 530-6168



## GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

1. This case is projected to take approximately two weeks, perhaps a bit longer. We will be trying this case from today through approximately Monday, April 21, 2002, from 8:00 or 8:30 a.m. to approximately 1:00 or 1:30 p.m. with two brief breaks. Are there any of you who have special concerns about the length of this case or the proposed schedule?

2. The case before you is entitled United States v. Robey Dudley and Hannibal Penney. Have any of you heard or seen anything regarding the defendants Robey Dudley or Hannibal Penney? Have you heard of or seen anything regarding:

    Best Marketing          _____

    Datron                  _____

    American Marketing      _____

    or

    Sun Advertising         _____

3. Have you, or any member of your family or close friends:

    a) ever been arrested or charged with a crime. If yes:

        - what were the charges/when?

        - what police agency was involved?

        - what was outcome?

        - do you believe you/other person was treated fairly within the "criminal justice system"?

-2-

4. Have you, or any member of your family or close friends ever been the victim of a crime? If so:

- what was the nature of the incident?

- did the police investigate?

- was anyone apprehended?

- did you have to go to court?

- did you have to testify?

- were you satisfied with the way you were treated?

5. Have any of you ever served in the military, and if so:

- branch and years of service

- participation in any court martial proceeding (as a judge, prosecutor, etc.)?

- been the subject of a court martial proceeding

- type of discharge.

6. Have you, or any member of your family or close friends ever been employed by any United States agency?

7. Have you, or any member of your family or close friends ever had a claim against or dispute with any department or agency of the United States? If so, when, what did it involve? Were you satisfied with the outcome?

8. Have you, or any member of your family or close friends ever had a claim against or dispute with any law enforcement agency? If so, when, what did it involve? Were you satisfied with the outcome?

9. Do any of you have any religious, moral, philosophical or personal beliefs or views which would make it difficult or impossible for you to sit "in judgment of another person?" In other words, if the United States proves the guilt of the defendants beyond a reasonable doubt, is there any reason why any of you could not return a verdict of guilty?

10. What is your current employment?

11. Have you or anyone you know worked in a telephone sales job or in a telephone sales room?

- When, where, how long?

- What products sold?

- Were you [your acquaintance / relative] paid a salary, such as an hourly figure or commission?

- Did you [your acquaintance / relative] use your real name on the phone?

12. Have you or anyone you know worked in a customer service job where it was also required to make telephone sales?

- What were those circumstances?

- Was a commission or salary paid?

13. Have you or anyone you know received calls, purchased items through telephone sales within the last three years?

- What items?

- Was the sale handled satisfactory?

14. In this case there may be evidence that the government used undercover investigators to investigate the fraud. Do any of you have any concerns about such undercover investigations?

15. In this case, there may be witnesses who have entered into a plea agreement with the government and are cooperating with the government. Do any of you have any concerns about this?

16. Do any of you have any medical problems which would impair your ability to devote full attention to the trial?.

17. Can you render a verdict based solely on the law and the evidence without allowing sympathy to affect your verdict?

18. Can you think of any matter which you should call to our attention which may have some bearing on your ability to serve as a juror in this case?