UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY, ET.AL.

    Defendant.

_____/

FILED by _____ D.C.
APR 0 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING DEFENDANT ROBY DUDLEY'S EX-PARTE MOTION FOR SERVICE OF RULE 17(c) SUBPOENA

**THIS CAUSE** came on to be heard upon the Defendant, ROBY DUDLEY'S Ex Parte Motion For Service of Rule 17(c) Subpoena, and the Court, having reviewed the file and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Defendant ROBY DUDLEY'S Ex-parte Motion For Service of Rule 17(c) Subpoena is hereby **GRANTED**. Pursuant to Fed.R. Crim.P. 17(c) and 17(b), the Clerk of the Court and the United States Marshal shall issue and serve a Subpoena to the following witness as needed by defendant:

    a)    WILLIAM ESTRELLA
            C/O AMERICAN MEDICAL PRODUCTS
            101 President Avenue
            Fall River, Massachussetts 02720
            Telephone: (508) 672-3334



UNITED STATES V. ROBY DUDLEY
CASE NO.:00-6270-CR-GRAHAM

      b)    CLARENCE BUEHNER
             C/O MODEM CONCRETE PRE-CAST
             2514 Elizabeth Street
             Apt. #4
             Salt Lake City, Utah 84109
             Telephone: (801) 484-2391

2.    The costs incurred by the Subpoena process and the fees of the witnesses so subpoenaed shall not be paid by Defendant ROBY DUDLEY as he is financially unable to pay same. The costs incurred by the Subpoena process and the travel and other statutory fees and costs of the witnesses so subpoenaed shall be paid in the same manner in which similar costs and fees are paid in cases of witnesses subpoenaed on behalf of the Government Fed.R.Crim.P. 17(b).

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida, this 8th day of April, ~~March~~, 2002.

                                                                   **DONALD L. GRAHAM**
                                                                   **U.S. DISTRICT JUDGE**

cc:  Albert Z. Levin, P.A.
      Lucy Lara, CJA Administrator
      U.S. Marshal
      Clerk, U.S. District Court