FILED by _____ D.C.

APR 0 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6270-CR-DLG__

## COURTROOM MINUTES

HONORABLE __DONALD L. GRAHAM__, Presiding   Date __4/8/02__

Cont'd from ___/___/___

Defendant 1. __HANNIBAL PENNY__          5. _____

2. __ROBY DUDLEY__          6. _____

3. _____          7. _____

4. _____          8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__   Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held___   Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval___   Oral Motion _____

by _____

Oral Order Grant___ Deny___ Adv.___

TRIAL   JURY __X__   BENCH ___

VOIR DIRE BEGINS __✓__   JURY SELECTION CONTD.___   JURY IMPANELED __✓__

BENCH TRIAL BEGINS ___   BENCH TRIAL HELD ___   CONTINUED TO ___/___/___

DISMISSED COUNTS _____
___ CT. MOT   ___ GOVT. MOT   ___ DEFT. MOT

JURY TRIAL BEGINS __✓__ JURY TRIAL HELD___ CONTINUED TO __4/9/02 @ 8:00AM__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts # _____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts # _____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.   Cts # _____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR ___/___/___   NOTICE SERVED___

150

JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE
4. J. BYRD
5. T. GARCIA
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON
12. F. GONZALEZ

Alternate #1. M. GONZALEZ   Alternate #2. F. CORLEY
Alternate #3. S. ORR        Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

1st Day Jury Trial held
Jury Panel Sworn
Jury given Preliminary Instructions
Openning Statements held
Court in Recess to 4-9-02 @ 8:00 AM