

FILED
APR 09 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

<u>COURTROOM MINUTES</u>

HONORABLE _____DONALD L. GRAHAM_____, Presiding Date 4/9/02

Cont'd from 4/8/02

Defendant 1. **HANNIBAL PENNY**   5. _____

2. **ROBY DUDLEY**   6. _____

3. _____   7. _____

4. _____   8. _____

Defense Counsel **WILLIAM NORRIS, ESQ.**   AUSA **ANNIE MARTINEZ**
              **ALBERT LEVIN, ESQ.**

Deputy Clerk   **CLARA A. FOSTER**   Reporter **BARBARA MEDINA**
              **JOYCE WILLIAMS**

Calendar Call Held__  Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__   Oral Motion _____

by _____

Oral Order Grant__ Deny__ Adv.__

---

TRIAL    JURY **X**    BENCH___

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

DISMISSED COUNTS_____
          __ CT. MOT  __ GOVT. MOT  __ DEFT. MOT

JURY TRIAL BEGINS___  JURY TRIAL HELD ✓  CONTINUED TO 4/10/02 @ 8AM

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts # _____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts # _____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY. Cts # _____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

JURORS

1. M. COGO           5. T GARCIA          9. H. ANDREWS
2. J. CHRISTIAN      6. J. ALTMAN        10. J. GONZALEZ
3. A. CLEMENTE       7. E. ACOSTA        11. M. COLON
4. J BYRD            8. S. ALI           12. F. GONZALEZ

Alternate #1. M. GONZALEZ        Alternate #2. F. CORLEY
Alternate #3. S. ORR             Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

2ND Day Jury Trial Held, Court in Recess to 4-10-02 @ 8:00 AM