FILED by _____ D.C.
APR 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # **00-6270-CR-DLG**

## COURTROOM MINUTES

HONORABLE **DONALD L. GRAHAM**, Presiding Date **4/10/02**

Cont'd from **4/9/02**

Defendant 1. **HANNIBAL PENNY**       5. _____

2. **ROBY DUDLEY**       6. _____

3. _____       7. _____

4. _____       8. _____

Defense Counsel **WILLIAM NORRIS, ESQ.**   AUSA **ANNIE MARTINEZ**
**ALBERT LEVIN, ESQ.**

Deputy Clerk **CLARA A. FOSTER**   Reporter **BARBARA MEDINA**
**JOYCE WILLIAMS**

Calendar Call Held__   Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL   JURY **X**   BENCH___

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___   JURY TRIAL HELD **✓**   CONTINUED TO **4/11/02 @ 8AM**

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. ____

JUDGMENT/ VERDICT OF GUILTY. Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__  NOTICE SERVED___

### JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE
4. J. BYRD
5. T. GARCIA
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON **EXCUSED 4/10/02**
12. F. GONZALEZ

Alternate #1. M. GONZALEZ
Alternate #2. F. CORLEY
Alternate #3. S. ORR
Alternate #4. L. CASTILLO

### MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

3rd Day Jury Trial Held
Juror #11 M. Colon Excused from jury duty
Juror #Alt 1 M. Gonzalez replaces juror #11
Court in recess to 4-11-02 @ 8AM