UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

FILED by _____ D.C.
APR 11 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## COURTROOM MINUTES

HONORABLE _____DONALD L. GRAHAM_____, Presiding    Date 4/11/02

Cont'd from    4/10/02

Defendant 1. __HANNIBAL PENNY__    5. _____

2. __ROBY DUDLEY__    6. _____

3. _____    7. _____

4. _____    8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__    AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__    Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held__    Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__    Oral Motion _____

by _____

Oral Order Grant__ Deny__ Adv.__

_____

TRIAL    JURY _X_    BENCH___

VOIR DIRE BEGINS ___ JURY SELECTION CONTD.___ JURY IMPANELED ___

BENCH TRIAL BEGINS ___ BENCH TRIAL HELD ___ CONTINUED TO __/__/__

DISMISSED COUNTS_____
___ CT. MOT    ___ GOVT. MOT    ___ DEFT. MOT

JURY TRIAL BEGINS___ JURY TRIAL HELD _✓_ CONTINUED TO 4/12/02

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts # _____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts # _____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY. Cts # _____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

153

JURORS

1. M. COGO           5. T. GARCIA         9. H. ANDREWS
2. J. CHRISTIAN      6. J. ALTMAN        10. J. GONZALEZ
3. A. CLEMENTE       7. E. ACOSTA        11. M. COLON  **EXCUSED 4/10/02**
4. J. BYRD           8. S. ALI           12. F. GONZALEZ

Alternate #1. M. GONZALEZ          Alternate #2. F. CORLEY
Alternate #3. S. ORR               Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4th Day Jury Trial held.
Court in recess to 4/12/02 @ 8:00 AM