UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

COURTROOM MINUTES

FILED by ___ D.C.
APR 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

HONORABLE _____DONALD L. GRAHAM_____, Presiding    Date 4/12/02

Cont'd from  4/11/02

Defendant  1. __HANNIBAL PENNY__      5. _____

2. __ROBY DUDLEY__      6. _____

3. _____      7. _____

4. _____      8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__    AUSA __ANNIE MARTINEZ__
                __ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__    Reporter __BARBARA MEDINA__
             __JOYCE WILLIAMS__

Calendar Call Held__  Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

---

TRIAL    JURY _X_   BENCH___

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

DISMISSED COUNTS_____
            __ CT. MOT  __ GOVT. MOT  __ DEFT. MOT

JURY TRIAL BEGINS___  JURY TRIAL HELD _✓_  CONTINUED TO 4/15/02

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. ____

JUDGMENT/ VERDICT OF GUILTY.  Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

JURORS

1. M. COGO           5. T. GARCIA          9. H. ANDREWS
2. J. CHRISTIAN      6. J. ALTMAN          10. J. GONZALEZ
3. A. CLEMENTE       7. E. ACOSTA          11. M. COLON **EXCUSED 4/10/02**
4. J. BYRD           8. S. ALI             12. F. GONZALEZ

Alternate #1. M. GONZALEZ        Alternate #2. F. CORLEY
Alternate #3. S. ORR             Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

5th Day Jury Trial Held
Court in recess to 4-15-02 @ 8AM