UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

## COURTROOM MINUTES

HONORABLE  DONALD L. GRAHAM , Presiding  Date 4/16/02

Cont'd from  4/15/02

Defendant 1. HANNIBAL PENNY         5. _____

2. ROBY DUDLEY         6. _____

3. _____         7. _____

4. _____         8. _____

Defense Counsel WILLIAM NORRIS, ESQ.   AUSA ANNIE MARTINEZ
ALBERT LEVIN, ESQ.

Deputy Clerk  CLARA A. FOSTER    Reporter BARBARA MEDINA
JOYCE WILLIAMS

Calendar Call Held__   Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

---

TRIAL    JURY X   BENCH___

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___  JURY TRIAL HELD ✓  CONTINUED TO __/__/__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. ___

JUDGMENT/ VERDICT OF GUILTY.  Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

## JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE
4. J. BYRD
5. T. GARCIA
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON **EXCUSED 4/10/02**
12. F. GONZALEZ

Alternate #1. M. GONZALEZ
Alternate #2. F. CORLEY
Alternate #3. S. ORR
Alternate #4. L. CASTILLO

### MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

7th Day Jury Trial Held
Court in recess to 4/17/02 @ 8:00 AM