

FILED by _____ D.C.

APR 17 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

COURTROOM MINUTES

HONORABLE _____ DONALD L. GRAHAM _____, Presiding  Date 4/17/02

Cont'd from 4/16/02

Defendant 1. HANNIBAL PENNY          5. _____

2. ROBY DUDLEY          6. _____

3. _____          7. _____

4. _____          8. _____

Defense Counsel WILLIAM NORRIS, ESQ.    AUSA ANNIE MARTINEZ
ALBERT LEVIN, ESQ.
Deputy Clerk  CLARA A. FOSTER       Reporter BARBARA MEDINA
JOYCE WILLIAMS
Calendar Call Held__  Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__     Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

_____

TRIAL    JURY X    BENCH___

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__ JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT  __ GOVT. MOT  __ DEFT. MOT

JURY TRIAL BEGINS___ JURY TRIAL HELD ✓ CONTINUED TO __/__/__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY.  Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.   Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

JURORS

| | | |
|---|---|---|
| 1. M. COGO | 5. T. **GARCIA** | 9. H. ANDREWS |
| 2. J. CHRISTIAN | 6. J. ALTMAN | 10. J. GONZALEZ |
| 3. A. CLEMENTE | 7. E. ACOSTA | 11. M. COLON **EXCUSED 4/10/02** |
| 4. J. BYRD | 8. S. ALI | 12. F. GONZALEZ |

Alternate #1. M. GONZALEZ        Alternate #2. F. CORLEY

Alternate #3. S. ORR        Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

8th Day Jury Trial Held

Court in recess to 4/18/02