UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


FILED by _____ D.C.
APR 18 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # 00-6270-CR-DLG

<u>COURTROOM MINUTES</u>

HONORABLE _____DONALD L. GRAHAM_____, Presiding  Date 4/18/02

Cont'd from 4/17/02

Defendant 1. __HANNIBAL PENNY__          5. _____

2. __ROBY DUDLEY__          6. _____

3. _____          7. _____

4. _____          8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
                 __ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__   Reporter __BARBARA MEDINA__
             __JOYCE WILLIAMS__

Calendar Call Held__   Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__        Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL   JURY _X_   BENCH___

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___   JURY TRIAL HELD ✓   CONTINUED TO 4/19/02

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. ____

JUDGMENT/ VERDICT OF GUILTY. Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

JURORS

1. M. COGO                5. T. GARCIA              9. H. ANDREWS
2. J. CHRISTIAN           6. J. ALTMAN             10. J. GONZALEZ
3. A. CLEMENTE            7. E. ACOSTA             11. M. COLON  **EXCUSED 4/10/02**
4. JAMMIE BYRD            8. S. ALI                12. F. GONZALEZ

Alternate #1. M. GONZALEZ          Alternate #2. F. CORLEY
Alternate #3. S. ORR               Alternate #4. L. CASTILLO

MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4-18-02  9th Day Jury Trial Held
Juror # 971079059 Ana Clemente is Absent and is Excused From Jury Duty
Court in Recess to 4-19-02 @ 8:00AM
△ Penny — Waiver of Rights to Pre-Trial Hearings Filed in open Court