UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270CR-DLG
DATE: 4/17/02

United States of America,

vs.

Hannibal Penny
Roby Dudley

JUDGE: DONALD L. GRAHAM

RECEIVED & FILED IN OPEN COURT
ON 4/17/02 AT
Miami, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

CRIMINAL COURT MINUTES

TYPE OF HEARING: Hearing - Oral Argument re: counts in the Indictment

AUSA: Annie Martinez, Debra Stuart

DEFENSE COUNSEL: Albert Levin, William Norris

INTERPRETER: _____  COURT REPORTER: B. Medina

CLERK: C Foster

PROCEEDINGS AT HEARING: The court presents question to CSL re: the substantive counts in the Indictment; further argument re: victims attendance; Govt ordered to bring on victim & witnesses in their case in chief for trial testimony

APR 19 2002
Rec'd in LMA Div

MOTION: ____GRANTED   ____DENIED   ____TAKEN UNDER ADV.
SETTING

STATUS:_____ Document    NEW TRIAL DATE:_____

CHANGE OF PLEA:_____    OTHER:_____

161/6