UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by __ D.C.
APR 19 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

CASE # __00-6270-CR-DLG__

## COURTROOM MINUTES

HONORABLE _____DONALD L. GRAHAM_____, Presiding Date __4/19/02__

Cont'd from __4/18/02__

Defendant 1. __HANNIBAL PENNY__        5. _____

2. __ROBY DUDLEY__        6. _____

3. _____        7. _____

4. _____        8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__   Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held__  Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__   Oral Motion _____

by _____

Oral Order Grant__ Deny__ Adv.__

---

TRIAL    JURY _X_   BENCH ___

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__ JURY IMPANELED __

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

DISMISSED COUNTS _____
__ CT. MOT  __ GOVT. MOT  __ DEFT. MOT

JURY TRIAL BEGINS___ JURY TRIAL HELD _✓_ CONTINUED TO __/__/__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts # _____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts # _____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.  Cts # _____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

## JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE EXCUSED 4-18-02
4. J. BYRD
5. T. **GARCIA**
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON **EXCUSED 4/10/02**
12. F. GONZALEZ

Alternate #1. M. GONZALEZ     Alternate #2. F. CORLEY

Alternate #3. S. ORR          Alternate #4. L. CASTILLO

## MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

10th Day Jury Trial Held
Court in recess to 4-25-02 @ 8AM