FILED D.C.
APR 22 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6270-CR-DLG__

COURTROOM MINUTES

HONORABLE ____DONALD L. GRAHAM____, Presiding  Date __4/22/02__

Cont'd from __4/19/02__

Defendant 1. __HANNIBAL PENNY__        5. _____

2. __ROBY DUDLEY__        6. _____

3. _____        7. _____

4. _____        8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
                __ALBERT LEVIN, ESQ.__

Deputy Clerk   __CLARA A. FOSTER__   Reporter __BARBARA MEDINA__
               __JOYCE WILLIAMS__

Calendar Call Held__  Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

TRIAL    JURY _X_    BENCH___

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__ JURY IMPANELED __

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

DISMISSED COUNTS_____
      __ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___ JURY TRIAL HELD _✓_ CONTINUED TO __/__/__

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.    Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

## JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE  EXCUSED 4-18-02
4. J. BYRD
5. T. GARCIA
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON  **EXCUSED 4/10/02**
12. F. GONZALEZ

Alternate #1. M. GONZALEZ       Alternate #2. F. CORLEY

Alternate #3. S. ORR            Alternate #4. L. CASTILLO

## MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4-22-02   11th Day Jury Trial Held
✓ Government Rest
✓ Defendant Dudley Motion for Judgement of Acquittal of counts 1-10 of the indictment held - Denied (Rule 29)
✓ Defendant Penny Motion for Judgement of Acquittal of counts 1, 11, 15, 16, 19 of the indictment held - Denied (Rule 29)
✓ Defense (Dudley) Case in chief presented
✓ Court in recess until April 23, 2002 @ 8:00 AM