UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

COURTROOM MINUTES

HONORABLE _____DONALD L. GRAHAM_____, Presiding Date 4/23/02

Cont'd from 4/22/02

Defendant 1. __HANNIBAL PENNY__          5. _____

2. __ROBY DUDLEY__          6. _____

3. _____          7. _____

4. _____          8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
                __ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__   Reporter __BARBARA MEDINA__
             __JOYCE WILLIAMS__

Calendar Call Held __   Deft not appearing Bench Warrant issued __

Begin Fugitive Interval __   Oral Motion _____

by _____

Oral Order Grant __ Deny __ Adv. __

TRIAL   JURY _X_   BENCH ___

VOIR DIRE BEGINS __   JURY SELECTION CONTD. __   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS _____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS ___   JURY TRIAL HELD ✓   CONTINUED TO __/__/__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts # _____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts # _____

DEFENDANT DISCHARGED/ACQUITTED. ___

JUDGMENT/ VERDICT OF GUILTY. Cts # _____

JURY VERDICT SET ASIDE. ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED ___

## JURORS

1. M. COGO            5. T. GARCIA           9. H. ANDREWS
2. J. CHRISTIAN       6. J. ALTMAN          10. J. GONZALEZ
3. A. CLEMENTE **EXCUSED 4-18-02**   7. E. ACOSTA   11. M. COLON **EXCUSED 4/10/02**
4. J. BYRD            8. S. ALI             12. F. GONZALEZ

Alternate #1. M. GONZALEZ         Alternate #2. F. CORLEY

Alternate #3. S. ORR              Alternate #4. L. CASTILLO

## MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4-23-02  12th Day Jury Trial Held

4-23-02  Both defendants Rest

4-23-02  Charge Conference Hrg. Held

4-23-02  Defendant Dudley Renewed Motion for Judgement of Acquittal - Ruling deferred to 4-24-02

4-23-02  Defendant Penny renewed motion for Judgement of Acquittal - Ruling deferred to 4-24-02