UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6270-CR-DLG

## COURTROOM MINUTES

HONORABLE _____DONALD L. GRAHAM_____, Presiding   Date **4/24/02**

Cont'd from **4/23/02**

Defendant 1. **HANNIBAL PENNY**     5. _____

2. **ROBY DUDLEY**     6. _____

3. _____     7. _____

4. _____     8. _____

Defense Counsel **WILLIAM NORRIS, ESQ.**   AUSA **ANNIE MARTINEZ**
**ALBERT LEVIN, ESQ.**

Deputy Clerk **CLARA A. FOSTER**   Reporter **BARBARA MEDINA**
**JOYCE WILLIAMS**

Calendar Call Held__   Deft not appearing Bench Warrant issued __

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.__

---

TRIAL   JURY **X**   BENCH___

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT   __ GOVT. MOT   __ DEFT. MOT

JURY TRIAL BEGINS___ JURY TRIAL HELD **✓** CONTINUED TO __/__/__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. ___

JUDGMENT/ VERDICT OF GUILTY.   Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

## JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE  EXCUSED 4-18-02
4. J BYRD
5. T. GARCIA
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON  **EXCUSED 4/10/02**
12. F. GONZALEZ

Alternate #1. M. GONZALEZ      Alternate #2. F. CORLEY

Alternate #3. S. ORR            Alternate #4. L. CASTILLO

## MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

| Date | Entry |
|---|---|
| 4-24-02 | 13th Day Jury Trial Held |
| 4-24-02 | Charge Conference Hrg. Continued |
| 4-24-02 | Defendants Motion For Judgement of Acquittal is hereby - DENIED |
| 4-24-02 | Closing Arguments HELD |
| 4-24-02 | Jury Instructions given |
| 4-24-02 | Jury began Deliberations |
| 4-24-02 | Juror Back with a Question - Deliberations continued |
| 4-24-02 | Court in Recess to 4-25-02 @ 8:30 A |