UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

APR 25 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # 00-6270-CR-DLG

## COURTROOM MINUTES

HONORABLE __DONALD L. GRAHAM__, Presiding   Date __4/25/02__

Cont'd from __4/24/02__

Defendant 1. __HANNIBAL PENNY__       5. _____
2. __ROBY DUDLEY__       6. _____
3. _____       7. _____
4. _____       8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__   Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held __   Deft not appearing Bench Warrant issued __

Begin Fugitive Interval __   Oral Motion _____

by _____

Oral Order Grant __ Deny __ Adv. __

TRIAL   JURY __X__   BENCH __

VOIR DIRE BEGINS __   JURY SELECTION CONTD. __   JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS _____
__ CT. MOT   __ GOVT. MOT ✓   __ DEFT. MOT

JURY TRIAL BEGINS __   JURY TRIAL HELD ✓   CONTINUED TO __4/26/02__

MISTRIAL DECLARED __   NEW TRIAL ORDERED __   TRIAL ENDS __

COURT JUDGMENT OF ACQUITTAL. Cts # _____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts # _____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY. Cts # _____

JURY VERDICT SET ASIDE. __

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED __

## JURORS

1. M. COGO
2. J. CHRISTIAN
3. A. CLEMENTE EXCUSED 4-18-02
4. J. BYRD
5. T. GARCIA
6. J. ALTMAN
7. E. ACOSTA
8. S. ALI
9. H. ANDREWS
10. J. GONZALEZ
11. M. COLON **EXCUSED 4/10/02**
12. F. GONZALEZ

Alternate #1. M. GONZALEZ    Alternate #2. F. CORLEY

Alternate #3. S. ORR    Alternate #4. L. CASTILLO

## MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

| Date | Entry |
|---|---|
| 4-25-02 | 14th Day Jury Trial Held |
| 4-25-02 | Jury continues deliberations |
| 4-25-02 | Jury question #1 - Resolved |
| 4-25-02 | Jury question #2 - Resolved |
| 4-25-02 | Jury question #3 - Resolved |
| 4-25-02 | Court in Recess to 4-26-02 @ 8:00 AM |