FILED by ___

APR 26 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6270-Cr-DLG__

## COURTROOM MINUTES

HONORABLE _____DONALD L. GRAHAM_____, Presiding  Date __4/26/02__

Cont'd from __4/25/02__

Defendant 1.__HANNIBAL PENNY__          5._____

2.__ROBY DUDLEY__          6._____

3._____          7._____

4._____          8._____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__
Deputy Clerk __CLARA A. FOSTER__      Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__
Calendar Call Held__   Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__      Oral Motion_____

by_____

Oral Order Grant__ Deny__ Adv.___

TRIAL   JURY_X_   BENCH___

VOIR DIRE BEGINS __   JURY SELECTION CONTD.__ JURY IMPANELED __

BENCH TRIAL BEGINS __   BENCH TRIAL HELD __   CONTINUED TO __/__/__

DISMISSED COUNTS_____
__ CT. MOT __ GOVT. MOT __ DEFT. MOT

JURY TRIAL BEGINS___ JURY TRIAL HELD_✓_ CONTINUED TO __/__/__

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts #_____

JUDGMENT/ VERDICT OF NOT GUILTY.  Cts #_____

DEFENDANT DISCHARGED/ACQUITTED. _____

JUDGMENT/ VERDICT OF GUILTY.     Cts #_____

JURY VERDICT SET ASIDE.___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR __/__/__ NOTICE SERVED___

JURORS

1. M. COGO              5. T. **GARCIA**        9. H. ANDREWS

2. J. CHRISTIAN         6. J. ALTMAN           10. J. GONZALEZ

3. A. CLEMENTE          7. E. ACOSTA           11. M. COLON **EXCUSED 4/10/02**

4. J    BYRD            8. S. ALI              12. F. GONZALEZ

Alternate #1. M. GONZALEZ          Alternate #2. F. CORLEY

Alternate #3. S. ORR               Alternate #4. L. CASTILLO


MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4-26-02    15th Day Jury Trial Held

4-26-02    Jury panel continues deliberations

4-26-02    Jury question #1 — Resolved

4-26-02    Court in recess to 4-29-02 @ 8:00 Am