FILED by __ D.C.
APR 29 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # __00-6270-CR-DLG__

COURTROOM MINUTES

HONORABLE ___DONALD L. GRAHAM___, Presiding  Date 4/29/02

Cont'd from  4/26/02

Defendant 1. __HANNIBAL PENNY__     5. _____

2. __ROBY DUDLEY__     6. _____

3. _____     7. _____

4. _____     8. _____

Defense Counsel __WILLIAM NORRIS, ESQ.__   AUSA __ANNIE MARTINEZ__
__ALBERT LEVIN, ESQ.__

Deputy Clerk __CLARA A. FOSTER__   Reporter __BARBARA MEDINA__
__JOYCE WILLIAMS__

Calendar Call Held__  Deft not appearing Bench Warrant issued ___

Begin Fugitive Interval__   Oral Motion _____

by _____

Oral Order Grant__ Deny__ Adv.__

---

TRIAL    JURY _X_   BENCH ___

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

DISMISSED COUNTS _____
__ CT. MOT  __ GOVT. MOT  __ DEFT. MOT

JURY TRIAL BEGINS___ JURY TRIAL HELD _✓_ CONTINUED TO __/__/__

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___   TRIAL ENDS ___

COURT JUDGMENT OF ACQUITTAL. Cts # _____

JUDGMENT/ VERDICT OF NOT GUILTY. Cts # _1-10 (Roby)  1, 11, 15, 16, 18 (Penny)_

DEFENDANT DISCHARGED/ACQUITTED. _✓ Roby Dudley_

JUDGMENT/ VERDICT OF GUILTY. Cts # _12, 13, 14, 17, 19, 20 (Penny)_

JURY VERDICT SET ASIDE. ___

BAIL PENDING APPEAL SET AT _____

SENTENCING SET FOR _7/12/02_ @ 2:30 NOTICE SERVED___  (Penny)

169

JURORS

1. M. COGO                5. T. GARCIA           9. H. ANDREWS
2. J. CHRISTIAN           6. J. ALTMAN          10. J. GONZALEZ
3. A. CLEMENTE            7. E. ACOSTA          11. M. COLON **EXCUSED 4/10/02**
4. JAMMIE BYRD            8. S. ALI             12. F. GONZALEZ

Alternate #1. M. GONZALEZ        Alternate #2. F. CORLEY

Alternate #3. S. ORR             Alternate #4. L. CASTILLO


MISCELLANEOUS INSTRUCTIONS TO DOCKET CLERK

4-29-02  16th Day Jury Trial Held
4-29-02  Deliberations continued
4-29-02  Jurors are given the Allen Charge 11th Circuit Pattern
4-29-02  Jury back with a verdict
4-29-02  Bond as to Hannibal Penny Modified to: Defendant must report to Pre-Trial Release once per week by phone and once per week in person pending sentencing.
4-29-02  Jury back with Verdict