

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
v.                          )
                            )
EDWARD HEXTER, et al.       )
                            )
         Defendant.         )
_____)

### GOVERNMENT'S WITNESS LIST

1.  Mark Goldberg   4-10-02   SWORN
2.  Gerald J. Baldacchino   4-19-02   Sworn
3.  David Brownfield
4.  R.L. "Bob" Wright   4-12-02   SWORN
5.  David Poffenberger   4-16-02   SWORN
6.  Larry Humphrey   4-16-02   sworn
7.  Jim Vogelpahl   4-17-02   SWORN
8.  Victor Bench
9.  Richard Clark
10. Mike Carey   4-19-02   SWORN
11. Irving Amron   4-12-02   Sworn
12. Vickie Keel   4-15-02   Sworn
13. Bernard Roy Baker
14. Dr. J. Gordon Longenecker
15. George Bayer   4-17-02   SWORN



16. Patricia Lindmark  4-15-02  SWORN
17. Dr. Terry Nofziger  4-18-02 - SWORN
18. Shawn Dennea Ingram  4-11-02  SWORN
19. David Alan Hexter
20. Charlie Martin  4-17-02  SWORN
21. Robert Seid
22. Ruby Faw
23. Kenneth Pikowski
24. Ava Kaufman
25. Jeff Porter  4-9-02  SWORN
26. JW Grabeel
27. Alex Nagy  4-16-02  SWORN
28. Bill Anderson  4-9-02  SWORN
29. Michele Deak
30. Colleen O'Neil  4-9-02  SWORN
31. Kevin Leubke  4-10-02  SWORN
32. Kathy Elroy  4-17-02  SWORN
33. Bob Passero
34. Kent McNeley
35. Rick Noble
36. Linda Everhart
37. Darrell Long  4-17-02  SWORN

38. Stuart Weeman

39. Diane Haber   4-15-02 SWORN

40. Deborah Strafaccia   4-12-02 sworn

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
ANA MARIA MARTINEZ
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 0735167
99 N.E. 4th Street, 4th Floor
Miami, Florida 33132-2111
Tel. No. (305) 961-9431
Fax No.  (305) 530-6168

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was telefaxed and mailed this 8th day of April, 2002 to Albert Levin, William Norris, Esq., 7685 S.W. 104th Avenue, Suite 220, Miami, Florida 33156.

_____
ANA MARIA MARTINEZ

41. David Roberts (spec. agent)   4-17-02   SWORN