9:01 AM44/8/02

DEFENSE: Roby Dudley

No. 1 4-10-02
01 2 4-11-02
01 3 4-12-02
01 4 4-12-02
01/5 5 4-16-02

FILED APR 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Case No. 00-6270
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 1 | Best Marketing Diagram | | | | |
| 1A | Enlarged diagram | W. Anderson | 4/9/02 | 4/9/02 | Objection / overruled |
| 2A | Baldacchino 2/23/96 Conversation with Dudley | W. Anderson | 4/9/02 | 4/9/02 | Objection / overruled |
| 2B | Transcript of Baldacchino/Dudley 2/23/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | Objection / overruled |
| 2C | VHS Tape - 2/23/96 | Colleen O'Neil | 4/9/02 | 4/10/02 | Objection / overruled |
| 3A | Brownfield 2/27/96 Conversation with Dudley | W. Anderson | 4/9/02 | 4/09/02 | Objection / overruled |
| 3B | Transcript of Brownfield/Dudley 2/27/96 Conversation | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 3C | VHS Tape - 2/27/96 | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| | | W. Anderson | | 4/9/02 | |
| 4A | Wright 3/1/96 Conversation with Dudley | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 4B | Transcript of Wright/Dudley 3/1/96 Conversation | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 4C | VHS Tape - 3/1/96 | W. Anderson | | 4/9/02 | |
| 5A | Poffenberger 3/6/96 Conversation with Dudley | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 5B | Transcript of Poffenberger/Dudley 3/6/96 Conversation | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 5C | VHS Tape - 3/6/96 | W. Anderson | | 4/9/02 | |
| 6A | Wright 4/23/96 Conversation with Dudley | Colleen O'Neil | | 4/8/02 | Objection / overruled |
| 6B | Transcript of Wright/Dudley 4/23/96 Conversation | Colleen O'Neil | | 4/10/02 | Objection / overruled |
| 6C | VHS Tape - 4/23/96 | W. Anderson | 4/9/02 | 4/9/02 | |

174
US

9:01 AM4/8/02

Government's Exhibit List  **UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY**
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

Case No. 00-6270
-cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 7A | Humphrey 5/17/96 Conversation with Dudley | Colleen O'Neil | 4/9/02 | 4/9/02 | objection / orruled |
| 7B | Transcript of Humphrey/Dudley 5/17/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | objection / orruled |
| 7C | VHS Tape - 5/17/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 8A | Poffenberger 5/29/96 Conversation with Dudley | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 8B | Transcript of Poffenberger/Dudley 5/29/96 Conversation | Colleen O'Neil | 4/9/02 | 4/19/02 | objection /overruled |
| 8C | VHS Tape - 5/29/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 9A | Vogelpahl 6/3/96 Conversation with Dudley (1:17PM) | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 9B | Transcript of Vogelpahl/Dudley 6/3/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 9C | VHS Tape - 6/3/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 9D | Vogelpahl 6/3/96 Conversation with Dudley (1:46PM) cassette tape | Colleen O'Neil | 4/9/02 | 4/10/02 | subject x later objection |
| 9E | Transcript of Vogelpahl/Dudley 6/3/96 Conversation | | | | |
| 10A | Bench 6/10/96 Conversation with Dudley | Colleen O'Neil | 4/9/02 | 4-10-02 | Objection /overruled |
| 10B | Transcript of Bench/Dudley 6/10/96 Conversation | Colleen O'Neil | 4/9/02 | 4-10-02 | objection /overruled |
| 10C | VHS Tape - 6/10/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 11A | Clark 2/8/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/16/02 | objection /overruled |
| 11B | Transcript of Clark/Penney 2/8/96 Conversation | Colleen O'Neil | 4/9/02 | 4/16/02 | objection /overruled |
| 11C | VHS Tape - 2/8/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 12A | Carey 2/16/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/16/02 | objection /overruled |

Defense: Hannibal Penney
Exhibit No.
1
2
3  4/15/02
P.L. 18A  4/15/02
P.L. 18B  4/15/02
P.L. 18C  4/15/02
P.L. 18D  4/15/02
P.L. 18A2  4/15/02
P.L. 18B2  4/15/02
P.L. 18E  4/15/02
P.L. 18F  4/15/02
P.L. 4  4/15/02
V.K. 14A  4/16/02
V.K. 4B  4/16/02
V.K. 6D  4/17/02
G.B. 17A  4/17/02
K.E. 20B  4/17/02
K.E. 21B
K.E. 22B  4/15/02
K.E. 23B  4/15/02
K.E. 24B  4/15/02

9:01 AM 4/8/02

Government's Exhibit List  UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez
Debra Stuart  Case No. 00-6270
Assistant United States Attorneys  -Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 12B | Transcript of Carey/Penney 2/16/96 Conversation | Colleen O'Neil. | 4/9/02 | 4/9/02 | |
| 12C | VHS Tape - 2/16/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 13A | Amron 3/26/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 13B | Transcript of Amron/Penney 3/26/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 13C | VHS Tape - 3/26/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 14A | Keel 3/27/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 14B | Transcript of Keel/Penney 3/27/96 Conversation | Colleen O'Neil | 4/9/02 | 4/10/02 | objection /overruled |
| 14C | VHS Tape - 3/27/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 15A | Baker 3/29/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/9/02 | objection /overruled |
| 15B | Transcript of Baker/Penney 3/29/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | objection /overruled |
| 15C | VHS Tape - 3/29/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 16A | Longennecker 5/2/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/9/02 | objection /overruled |
| 16B | Transcript of Longennecker/Penney 5/2/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | objection /overruled |
| 16C | VHS Tape - 5/2/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 17A | Bayer 5/7/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/9/02 | objection /overruled |
| 17B | Transcript of Bayer/Penney 5/7/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | objection /overruled |
| 17C | VHS Tape - 5/7/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 18A | Lindmark 5/28/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/9/02 | objection /overruled |

9:01 AM4/8/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez         Case No. 00-6270
Debra Stuart                    -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 18B | Transcript of Lindmark/Penney 5/28/96 Conversation | Colleen O'Neil | 4/7/02 | 4/9/02 | |
| 18C | VHS Tape - 5/28/96 | W. Anderson | 4/9/02 | 4/9/02 | |
| 19A | Amron 5/29/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | | |
| 19B | Transcript of Amron/Penney 5/29/96 Conversation | Colleen O'Neil | 4/9/02 | | |
| 20A | Nofziger 6/28/96 Conversation with Penney | Colleen O'Neil | 4/9/02 | 4/9/02 | objection / overruled |
| 20B | Transcript of Nofziger/Penney 6/28/96 Conversation | Colleen O'Neil | 4/9/02 | 4/9/02 | objection /overruled |
| 20C | VHS Tape - 6/28/96 | W. Anderson | 4/9/02 | 4/9/02 | objection - overruled |
| 20D | VHS Tape - 04/03/96 | W. Anderson | 4/9/02 | 4/9/02 | objection/ overruled |
| 20E | VHS Tape - 04/09/96 | W. Anderson | 4/9/02 | 4/9/02 | objection/ overruled |
| 20F | VHS Tape -06/19/96 | W. Anderson | 4/9/02 | 4/9/02 | objection / overruled |
| 21 | Hexter Office (Room 4) - Photo | W. Anderson | 4/9/02 | 4/9/02 | objection / overruled |
| 21A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | objection / overruled |
| 22 | Hexter Office (Room 4) - Photo | W. Anderson | 4/9/02 | 4/9/02 | objection / overruled |
| 22A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 23 | Hexter Office/Recorder (Room 4) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 23A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 24 | Penney Office (Room 9) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 24A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |

Page 4 of 17

9:01 AM 4/8/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

Case No. 00-6270
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 25 | Penney Office (Room 9) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 26 | Dudley Office (Room 8) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 26A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 27 | Dudley Office (Room 8) - Photo | | | | |
| 27A | Enlarged Photo | | | | |
| 28 | Verifier's Office (Room 5) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 28A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 29 | Storage Room (Room 12) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 29A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 30 | Storage Room (Room 12) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 31 | Premiums & Mailings (Room 13) - Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 31A | Enlarged Photo | W. Anderson | 4/9/02 | 4/9/02 | |
| 32 | Penney - Photo | | | | |
| 33 | Dudley - Photo | | | | |
| 34 | Best Marketing Nationsbank Records | W. Anderson | 4/9/02 | 4/9/02 | |
| 35A | Dudley Payroll Records (1996) | W. Anderson | 4/9/02 | 4/9/02 | |
| 35B | Penney Payroll Records (1996) | W. Anderson | 4/9/02 | 4/9/02 | |
| 36 | Dudley Sales - 1989 - 1996 | W. Anderson | 4/9/02 | 4/9/02 | |

9:01 AM4/8/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                          Case No. 00-6270
Debra Stuart                                   -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 37 | Penney Sales - 1996 | W. Anderson | 4/6/02 | 4/6/02 | |
| | **Customer Files-(Composite Exhibits)** | | | | |
| 38 | Northeast Fiberglass (Baldacchino) Customer Files | " | " | " | |
| 39 | Reliable Truck Repair (Brownfield) Customer Files | W. Anderson | 4/6/02 | 4/6/02 | |
| 40 | B & W Motors (Wright) Customer Files | W. Anderson | | | |
| 41 | Poffenberger Associates (Poffenberger) Customer Files | W. Anderson | | | |
| 42 | Merry Maids (Humphrey) Customer Files | W. Anderson | | | |
| 43 | Terminal Freight Systems (Vogelpahl) Customer Files | | | | |
| 44 | Marquard Cleaners (Bench) Customer Files | | | | |
| 45 | Batavia Garage Door Co. (Clark) Customer Files | | | | |
| 46 | Central MI Communications (Carey) Customer Files | | | | |
| 47 | Amron Consulting Service (Amron) Customer Files | | | | |
| 48 | MovieWorld (Keel) Customer Files | | | | |
| 49 | Baker's Railroad Shop (Baker) Customer Files | | | | |
| 50 | Wayne Dental Associates (Longennecker) Customer Files | | | | |
| 51 | George Bayer CPA (Bayer) Customer Files | | | | |
| 52 | Canterbury House Apts. (Lindmark) Customer Files | | | | |
| 53 | Dr. Terry Nofziger (Nofziger) Customer Files | | 4/6/02 | 4/6/02 | |

Page 6 of 17

9:08 AM 4/8/02

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

## UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Case No. 00-6270-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 54 | Robert Marcelo Customer Files | W. Anderson | 4/9/02 | 4/9/02 | |
| 55 | Patton's Premier Lighting (Patton) Customer Files | W. Anderson | 4/9/02 | 4/9/02 | |
| 56 | Jay's World Auto Parts (Coulter) Customer Files | W. Anderson | 4/9/02 | 4/9/02 | |
| | **INVOICES OF PREMIUMS and AD-SPEC ITEMS** | | | | |
| 57 (Composite) | Invoices of Premiums- Room 6 | W. Anderson | 4/9/02 | 4/9/02 | |
| 58 (Composite) | Invoices of Ad-Spec Items | W. Anderson | 4/9/02 | 4/9/02 | |
| 58A | Ad-Spec Records | W. Anderson | 4/9/02 | 4/9/02 | |
| 59 (Composite) | Photographs, Description, Price List of Various Premiums | W. Anderson | 4/9/02 | 4/9/02 | |
| 60A | **Business Records - Room 3** | W. Anderson | 4/9/02 | 4/9/02 | |
| | 7/19/96 Check made payable from Best Marketing to Penwheel Productions, | | | | |
| | 7/19/96 Check made payable from Best Marketing to Roby Dudley. | | | | |
| | 7/19/96 Check made payable from Best Marketing to Mark A. Goldberg. | | | | |
| | 7/19/96 Check made payable from Best Marketing to Leslie Goldberg. | | | | |
| | 7/19/96 Check made payable from Best Marketing to Charles H. Martin. | | | | |
| 60B | **Business Records - Room 5** | | | | |
| | Catalog Sheet Ad-Spec Items | W. Goldberg | 4/9/02 | 4/9/02 | |
| | Longenecker Cancellation Letter | | | | |
| | 1992 Best Marketing Winners | | | | |

9:01 AM4/8/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                          Case No. 00-6270
Debra Stuart                                    -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 60C | Business Records - Room 13 | W. Anderson | 4/9/02 | 4/9/02 | |
| | Phone List with Phone Names | | | | |
| | Honorary Business Degree to Roy Baker from Jim St. James | | | | |
| 61 (Composite) | Best Marketing Order Records - Room 3 | W. Anderson | 4/9/02 | 4/9/02 | |
| 62 (Composite) | DUDLEY OFFICE RECORDS (Room 8) | W. Anderson | 4/9/02 | 4/9/02 | |
| | List of No-Sales States | | | | |
| | Best Marketing Loaders Phone Exts. & Names | | | | |
| | Grand National Finalist Pitch, Corporate Pitch, and other Pitches | | | | |
| | "Declining the Offer" Pitch | | | | |
| | TV Pitch and other Pitches | | | | |
| | "Skeptical" Rebuttal Pitch | | | | |
| | "Logic" Pitch | | | | |
| | "How Can You Afford to Do It" Rebuttal Pitch | | | | |
| | "I Can't Afford This!" Rebuttal Pitch | | | | |
| | "I Don't Use My Credit Card Over The Phone" Rebuttal Pitch | | | | |
| | "I've Been Burnt Before" Rebuttal Pitch | | | | |
| | "He Who Stops Advertising" Slogan | | | | |

9:01 AM 4/8/02

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Case No. 00-6270
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| | Objection Rebuttals | W. Anderson | 4/9/02 | 4/9/02 | |
| | Premium Description & Premium Pitch | | | | |
| | Curio GrandFather Clocks | | | | |
| | Certificate of Authenticity - Historical Document "NY Times" Civil War | | | | |
| | American Civil War Memorabilia | | | | |
| | Freeport Grand Bahamas Certificate | | | | |
| | Bahamas Cruise and Vacation Package | | | | |
| | WW II "Enola Gay" Premium | | | | |
| | Description of The Lobster Clambake Supreme | | | | |
| | Mini-System Stereo with 3-Disc CD Changer | | | | |
| | Premium List - Revised | | | | |
| | Miscellaneous and Food Premiums with Prices | | | | |
| | Premium List and Prices | | | | |
| | Ad-Spec Items and Prices | | | | |
| | Notepad Paper with Notes Re: Victor Bench | | | | |
| | Dudley Sales & Commissions Report - 6/17/96 - 6/21/96 | | | | |
| | Dudley Sales & Commissions Report - 6/24/96 - 6/28/96 | | | | |
| 63 (Composite) | Dudley Pink Box Cards | W. Anderson | 4/6/02 | 4/6/02 | |

9:01 AM 4/8/02

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

## UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Case No. 00-6270
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| | Gerard Baldacchino Index Card | W. Anderson | 4/9/02 | 4/9/02 | |
| | Bob Wright Index Card | | | | |
| | David Poffenberger Index Card | | | | |
| | Jim Vogelpahl Index Card | | | | |
| | Copy of Victor Bench Index Card | | | | |
| | Victor Bench Index Card | | | | |
| | Larry Humphrey Index Card | | | | |
| 64 (Composite) | Dudley Pink Box | W. Anderson | 4/9/02 | 4/9/02 | |
| 65 (Composite) | PENNEY OFFICE RECORDS  (Room 9) | W. Anderson | 4/9/02 | 4/9/02 | |
| | List of No-Sales States | | | | |
| | Best Marketing Loaders Phone Exts. & Names | | | | |
| | Yellow notepad with handwritten sales | | | | |
| | Premiums and Prices | | | | |
| | Premiums and Prices (Handwritten) | | | | |
| | Pitches and Rebuttal | | | | |
| | Pitches (Closes) | | | | |
| | Catalog of Rarities & Prices | | | | |
| | "Suggested Premiums for 1 of 5, 2 of 7, etc" | | | | |

9:01 AM4/8/02

Government's Exhibit List
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Case No. 00-6270
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| | List of Premiums for "U.S. Humanitarian Award" | W Andryson | 4/9/02 | 4/9/02 | |
| | Index Card with Name "Dr. Grant Maxwell" | | | | |
| | Holiday Promotion Pitch and Objection Rebuttals | | | | |
| | Premium Descriptions | | | | |
| | First Reload Pitch | | | | |
| | First Reload "No-Sale" Pitch | | | | |
| | Rebuttal Pitches | | | | |
| | Second Reload Pitch | | | | |
| | List of Premiums and Prices | | | | |
| | Ashley, Model #610-519 Grandfather Clock | | | | |
| | Bristol II Pooltable | | | | |
| | Oak and Cherry Desks | | | | |
| | Catalog with List of Items | | | | |
| | Certificate of Authenticity - The Civil War Battle of Gettysburg | | | | |
| | Index Card - CPA Pitch | | | | |
| | Amron Sales Order Form - 5/29/96 | | | | |
| 66 (Composite) | Penney Blue Box Cards | W Andryson | 4/9/02 | 4/9/02 | |

9:01 AM4/8/02

Government's Exhibit List       UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                          Case No. 00-6270
Debra Stuart                                    -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| | "Confidential Pitch - Spy Close" Pitch | W. Anderson | 4/9/02 | 4/9/02 | |
| | "Self Close" Pitch | | | | |
| | "I Told You Last Time" Pitch | | | | |
| | Penney Black Index Box | | | | |
| | Mike Carey Index Card with Misc. Papers | | | | |
| | Pat Lindmark Index Card with Misc. Papers | | | | |
| | Dr. Terry L. Nofziger Index Card | | | | |
| | Irving Amron Index Cards with Misc. Papers | | | | |
| 67 (Composite) | Penney Blue Box | W. Anderson | 4/9/02 | 4/9/02 | |
| 68 (Composite) | Penney Black Box | W. Anderson | 4/9/02 | 4/9/02 | |
| | **ACTUAL PREMIUMS** | | | | |
| 69 | Official Heisman Trophy Signature Football | W. Anderson | 4/9/02 | 4/9/02 | |
| 70 | Emerald & Diamond Earrings | W. Anderson | 4/9/02 | 4/9/02 | |
| 71 | Lucian Piccard Ladies Diamond & Gold Watch | W. Anderson | 4/9/02 | 4/9/02 | |
| 72 | Man's Croton Watch | W. Anderson | 4/9/02 | 4/9/02 | |
| 73 | Ladies Croton Watch | W. Anderson | 4/9/02 | 4/9/02 | |
| 74 | Gold & Diamond Necklace | W. Anderson | 4/9/02 | 4/9/02 | |
| 75 | Black Eagle Note | W. Anderson | 4/9/02 | 4/9/02 | |

9:08 AM 4/8/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez
Debra Stuart
Assistant United States Attorneys

Case No. 00-6270
-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 76 | Civil War Coins | W. Anderson | 4/9/02 | 4/9/02 | |
| 77 | Confederate Half Dollar | W. Anderson | 4/9/02 | 4/9/02 | |
| 78 | White House Red Room | W. Anderson | 4/9/02 | 4/9/02 | |
| 79 | Enola Gay | W. Anderson | 4/9/02 | 4/9/02 | |
| 80 | Civil War Bullets | W. Anderson | 4/9/02 | 4/9/02 | |
| | **AD-SPEC ITEMS** | | | | |
| 81 | 1 Mont Blanc style pen (not engraved) | W. Anderson | 4/9/02 | 4/9/02 | |
| 82 | 1 green baseball cap "Chief Enterprises" | W. Anderson | 4/9/02 | 4/9/02 | |
| 83 | 1 blue beverage cooler "Chief Enterprises" | W. Anderson | 4/9/02 | 4/9/02 | |
| 84 | 1 gold plated Key Chain (not engraved) | W. Anderson | 4/9/02 | 4/9/02 | |
| 85 | 1 "Say No to Drugs" pen | W. Anderson | 4/9/02 | 4/9/02 | |
| 86 | 1 twist pen | W. Anderson | 4/9/02 | 4/09/02 | |
| 87 | 1 plastic key tag | W. Anderson | 4/9/02 | 4/9/02 | |
| 88 | Mini Razor Set in gold plated box (not engraved) | W. Anderson | 4/9/02 | 4/9/02 | |
| 89 | 1 pocket calculator & card holder | W. Anderson | 4/9/02 | 4/9/02 | |
| 90 | 1 pocket calculator | W. Anderson | 4/9/02 | 4/9/02 | |
| 91 | Letter Opener - gold plated | W. Anderson | 4/9/02 | 4/9/02 | |
| 92 | Ruler - gold plated | W. Anderson | 4/9/02 | 4/9/02 | |

9:01 AM4/8/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                          Case No. 00-6270
Debra Stuart                                    -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 93 | Box of Lighters | W. Anderson | 4/9/02 | 4/9/02 | |
| 300 | Plea Agreement | M. Goldberg | 4/10/02 | 4/11/02 | |
| 400 | Summary Charts - Best Marketing Bank Records | K. Elroy | 4/17/02 | 4/17/02 | No objections |
| 500 | Summary Charts - Advertising Specialty Items | Colleen O'Neil | 4/9/02 | | Objection |
| 510 | Summary Charts - Premiums | Colleen O'Neil | 4/9/02 | | objection |
| 520 | Summary Chart - Total Cost | Colleen O'Neil | 4/9/02 | 4/10/02 | objection / overruled with modification |
| 600 | Summary Charts - Pennwheel Productions | | | | |
| 700 | CUSTODIAN OF RECORDS - CERTIFICATIONS | K. Elroy | 4/17/02 | | |
| 701 (Composite) | NATIONSBANK RECORDS - Best Marketing | K. Elroy | 4/17/02 | 4/17/02 | No objections |
| 710A (Composite) | WORLD SAVINGS & LOAN RECORDS - Hannibal Penney, Jr. DBA Penwheel Productions (statements) | | | | |
| 710B (Composite) | WORLD SAVINGS & LOAN RECORDS - Hannibal Penney, Jr., DBA Penwheel Productions (deposits) | | | | |
| 710C (Composite) | WORLD SAVINGS & LOAN RECORDS - Hannibal Penney, Jr., DBA Penwheel Productions (checks) | | | | |
| 711 | WORLD SAVINGS & LOAN RECORDS Hannibal Penney, Jr. | | | | |
| 801 | Shirley's Beauty Shop (Schleif/Investigator Welsch) Customer File | W. Anderson gvm | 4/9/02 | 4/9/02 | |
| 802 | Valley Insurance Systems (Alex Nagy) Customer File 4/9/02 | " " | " " | " " | |
| 510 B | Summary Chart | C. O'Neil | 8/10/02 | 4/10/02 | Admitted - no objection Objection / overruled |

9:01 AM4/8/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                          Case No. 00-6270
Debra Stuart                                    -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 803 | Southeastern Appraisal (J.W. Grabeel, Sr.) Customer File | | 4/9/02 | 4/9/02 | |
| 804 | St. Croix International (Kent McNeley) Customer File | | | | |
| 805 | Blue Sky Delivery and Installation (Ava Kaufman) Customer File | | | | |
| 806 | Livingston Auto and Marine (Rick Noble) Customer File | | | | |
| 807 | Gutterscrews (Linda Everhart) Customer File | | | | |
| 808 | Long's Customer Doors (Darrell Long) Customer File | | | | |
| 809 | Laminating Specialties Inc. (Stuart Weeman) Customer File | | | | |
| 810 | Strongsville Trophy Co. (Diane Haber) Customer File | | | | |
| 811 | Green Side Up Nursery Corp. Kenneth Pikowski) Customer File | | | | |
| 812 | Rick's Service (Rick Buttry) Customer File | W. Anderson | 4/9/02 | 4/9/02 | |
| 813 | Faw Chiropractic Offices (Ruby Faw) Customer File | W. Anderson | 4/9/02 | 4/9/02 | |
| 901 | Tape - Dudley & Baldacchino  04/29/96 | Colleen O'Neil | 4/9/02 | | Objection - sustained |
| 902 | Tape - Dudley & Baldacchino  06/28/96 | Colleen O'Neil | 4/9/02 | | objection - sustained |
| 902B | Transcript - Dudley & Baldacchino 06/28/96 | Colleen O'Neil | 4/9/02 | | |
| 903 | Tape - Dudley & Wright   06/18/96 | Colleen O'Neil | 4/9/02 | | |
| 904 | Tape - Dudley & Humphrey   03/05/96 | Colleen O'Neil | 4/9/02 | | |
| 905 | Tape - Dudley & Vogelpahl  04/08/96 | | | | |
| 906 | Tape - Penney & Keel   03/01/96 | | | | |

9:01 AM4/8/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                          Case No. 00-6270
Debra Stuart                                    -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 906B | Transcript - Penney & Keel  03/01/96  5/3/96 | D. Staffacia W. Anderson | 4/12/02 | 4/12/02 | |
| 907 | Tape - Dudley & Schleif (Welsch) 05/02/96 | D. Staffacia | 4/12/02 | 4/12/02 | |
| 907B | Transcript - Dudley & Schleif (Welsch) 05/02/96 | | | | |
| ~~907C~~ 908A | Tape - Penney & Baker 04/03/96 | W. Anderson | | 4/17/02 | |
| 908B | Transcript - Penney & Baker  04/03/06 | D. Roberts | | 4/17/02 | |
| 908C | Tape - Penney & Baker   04/09/96 | | | | |
| 908D | Transcript - Penney & Baker  04/09/96 | | | | |
| 908E | Tape - Penny & Baker  06/19/96 | | | | |
| 908F | Transcript - Penney & Baker 06/19/96 | | | | |
| 1000 | Best Marketing Sales Summary 1995 - 1996 | W. Anderson | 4/9/02 | 4/9/02 | |
| 1001 (Composite) | Victim Sales Summaries | W. Anderson | 4/9/02 | 4/9/02 | |
| 1001A | Northeast Fiberglass (Baldacchino) Sales Summary | | | | |
| 1001B | Reliable Truck Repair (Brownfield) Sales Summary | | | | |
| 1001C | B & W Motors (Wright) Sales Summary | | | | |
| 1001D | Poffenberger Associates (Poffenberger) Sales Summary | | | | |
| 1001E | Merry Maids (Humphrey) Sales Summary | | | | |
| 1001F | Terminal Freight Systems (Vogelpahl) Sales Summary | | | | |
| 1001G | Marquard Cleaners (Bench) Sales Summary | W. Anderson | 4/9/02 | 4/9/02 | |

7:35 AM 4/9/02

Government's Exhibit List    UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY
Ana Maria Martinez                          Case No. 00-6270
Debra Stuart                                    -Cr-GRAHAM
Assistant United States Attorneys

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 1001H | Batavia Garage Door Co. (Clark) Sales Summary | N. Anderson | 4/9/02 | 4/9/02 | |
| 1001I | Central MI Communications (Carey) Sales Summary | | | | |
| 1001J | Amron Consulting Service (Amron) Sales Summary | | | | |
| 1001K | Movie World (Keel) Sales Summary | | | | |
| 1001L | Baker's Railroad Shop (Baker) Sales Summary | | | | |
| 1001M | Wayne Dental Associates (Longennecker) Sales Summary | | | | |
| 1001N | George Bayer CPA (Bayer) Sales Summary | | | | |
| 1001O | Canterbury House Apts. (Lindmark) Sales Summary | | | | |
| 1001P | Dr. Terry Nofziger (Nofziger) Sales Summary | W. Anderson | 4/9/02 | 4/9/02 | |
| 1100 | Phone List - Room 13 [Business Record in Exhibit 60C] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1101 | List of No - Sale States [Dudley Office Record in Exhibit 62] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1102 | Humphrey Sales Order Form [Business Record in Exhibit 42] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1103A | Humphrey Verification Letter, page 1 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1103B | Humphrey Verification Letter, page 2 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1104A | Grand National Finalist Pitch, page 1 [Dudley Office Record in exhibit 62] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1104B | Grand National Finalist Pitch, page 2 [Dudley Office Record in exhibit 62] | K. Leubke | 4/10/02 | 4/10/02 | |
| 1105A | Corporate Pitch [Dudley Office Record in Exhibit 62], page 1 | K. Leubke | 4/10/02 | 4/10/02 | |
| 1105B | Corporate Pitch [Dudley Office Record in Exhibit 62], page 2 | K. Leubke | 4/10/02 | 4/10/02 | |

7:35 AM 4/9/02

Government's Exhibit List

Ana Maria Martinez

Debra Stuart

Assistant United States Attorneys

### UNITED STATES OF AMERICA v. ROBY DUDLEY and HANNIBAL PENNEY

Case No. 00-6270

-Cr-GRAHAM

| Exhibit No. | Description of Exhibit | Witness Identifying | Date Offered | Date Admitted | Comments |
|---|---|---|---|---|---|
| 1106A | "A While Back" pitch [Dudley Office Record in Exhibit 62], page 1 | K. Lewbke | 4/10/02 | 4/10/02 | |
| 1106B | "A While Back" pitch [Dudley Office Record in Exhibit 62] page, 2 | K. Lewbke | 4/10/02 | 4/10/02 | |
| 1107A | Envelope Pitch [Dudley Office Record in Exhibit 62], page 1 | K. Lewbke | 4/10/02 | 4/10/02 | |
| 1107B | Envelope Pitch [Dudley Office Record in Exhibit 62], page 2 | K. Lewbke | 4/10/02 | 4/10/02 | |
| 1108 | Faw Chiropractic Letter [Business record in Exhibit 813] | K. Lewbke | 4/10/02 | 4/10/02 | |
| 1109 | Amron order form - 05/29/96 | C. O'Neil | 4/10/02 | 4/10/02 | |
| 1110 | Lindmark order form - 05/28/96 | K. Lewbke | 4/10/02 | 4/10/02 | |
| 1111A | Lindmark letter - 05/31/96, page 1 | K. Lewbke | 4/10/02 | 4/10/02 | |
| 1111B | Lindmark letter - 05/31/96, page 2 | K. Lewbke | 4/10/02 | 4/10/02 | |
| 1112 | Lindmark Premium (piano) | K. Lewbke | 4/10/02 | 4/10/02 | |
| 1113 | Penney Index Cards | K. Lewbke | 4/10/02 | 4/10/02 | |
| 1114 | Enlarged Total Cost Summary Chart | C. O'Neil | 4/10/02 | 4/10/02 | Objection / overruled |
| 1115 | Enlarged Premium Summary Chart | | | | |
| 1116 | Enlarged Ad-Spec Summary Chart | | | | |
| 1202 | The Proper Agreement or letter | M. Goldberg | 4/11/02 | 4/11/02 | |
| 1301 | Transcript of Vickie Keel | Vickie Keel | 4/16/02 | 4/16/02 | |

| PLF. NO. DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 1901 | 4/19/02 | ✓ | | Transcript g Mike Carey Verification g purchase cars |
| 1601 | 4/22/02 | ✓ | ✓ | Charlie Martin / Plea Agreement |
| 1502 | 4/22/02 | ✓ | | Charlie Martin / Summary of Martin's total sales |
| 1400 | 4/22/02 | ✓ | | Charlie Martin / phone Records |
| 1001 | 4/23/02 | ✓ | | Barbara Kelley / customer file |
| 1002 | 4/23/02 | ✓ | | Barbara Kelley / customer file |
| 1603 | 4/23/02 | ✓ | | Barbara Kelley / legal pad - log g verifications |
| 1604 | 4/23/02 | ✓ | | Barbara Kelley / legal pad - log g verifications |
| 1605 | 4/23/02 | ✓ | | Barbara Kelley / legal pad - log g verifications |
| 1606 | 4/23/02 | ✓ | | Barbara Kelley / legal pad - log g verification - customer service |
| 1607 | 4/23/02 | ✓ | | Barbara Kelley / legal pad - log g cancellations |

USA vs. ROBY PENNY HANNIBAL DUDLEY

DOCKET NO. 00-6270-CR-DLG

EXHIBIT AND WITNESS LIST — CONTINUATION

AO 187A (4/82)