UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

**ROBY DUDLEY,**

      Defendant.

_____/

> FILED by ___ D.C.
>
> APR 3 0 2002
>
> CLARENCE MADDOX
> CLERK U.S. DIST. CT.
> S.D. OF FLA. · MIAMI

# V E R D I C T

WE, THE JURY, find the Defendant, **ROBY DUDLEY,**

As to Count 1 of the Indictment: ✓____ Not Guilty _____ Guilty

As to Count 2 of the Indictment: ✓____ Not Guilty _____ Guilty

As to Count 3 of the Indictment: ✓____ Not Guilty _____ Guilty

As to Count 4 of the Indictment: ✓____ Not Guilty _____ Guilty

As to Count 5 of the Indictment: ✓____ Not Guilty _____ Guilty

As to Count 6 of the Indictment: ✓____ Not Guilty _____ Guilty

As to Count 7 of the Indictment: ✓____ Not Guilty _____ Guilty

As to Count 8 of the Indictment: ✓____ Not Guilty _____ Guilty

As to Count 9 of the Indictment: ✓____ Not Guilty _____ Guilty

As to Count 10 of the Indictment: ✓____ Not Guilty _____ Guilty

SO SAY WE ALL

April 26th 02 @ 11.30 Am.
DATE/TIME

_____
FOREPERSON