# United States District Court

**Southern** DISTRICT OF **Florida**

**EXHIBIT AND WITNESS LIST**

U.S.A. v. Roby Dudley

CASE NUMBER: 00-6270-CR-DLG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Donald L. Graham | Ana Maria Martinez | Albert Levine |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/8/02 to | Barbara Medina | Joyce Williams |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 4-10-02 | ✓ | | |
| | 2 | 4-11-02 | ✓ | ✓ | |
| | 3 | 4-12-02 | ✓ | | |
| | 4 | 4-12-02 | ✓ | | |
| | 5 | 4-16-02 | ✓ | | |
| | | 4-22-02 | | | William Estrella sworn |
| | | 4-22-02 | | | Jay Coulter sworn |
| | | 4-22-02 | | | David Hexter sworn |
| | | 4-23-02 | | | Leslie Ann Goldberg sworn |
| | | 4-23-02 | | | Barbara Kelley |
| | 7 | 4-23-02 | ✓ | | complaint (S.F.) |
| | | 4-29-02 | | | Court Exhibit Composite |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

Free Shipping
to the
contiguous
48 States

*Discount Designer Menswear, Inc.*
**1-866-761-1500**
Largest Selection of Suits, Sport Coats and Slacks on the Web!

| About Us | Contact Us |
| FAQ's | Fitting Info |
| Home | View Cart |

Suits    Tuxedos    Sports Coats    Slacks    Outer Wear

Our normal delivery time for Free Shipping is 7 to 15 business days.
For faster delivery, call us Toll-Free at 866-761-1500

# ANNUAL EASTER SALE

### Designer Menswear at Discount Prices



**Welcome to Menswear-Discounts.com**

🛒 Welcome! After 40 years in both the Wholesale and Retail Menswear fields we have started Discount Designer Menswear, Inc. to bring you quality fashion menswear at the lowest discount prices possible.

Our website is secure so that you can shop with us as confidently as purchasing in any retail store. Because our overhead is much lower than a retail store, we will save you from 30 to 70% off regular prices. Our selection is the largest on the Internet with prices that can't be matched anywhere. So check out our website, and have fun shopping with us. Questions? Call us at 866-761-1500 from 9 to 5 East Coast time or drop us an E-mail. We'll be glad to help!

**100% Silk Ties**
Our ties are handmade all over the world, chosen for their style, quality and value.

**Suits, Sport coats and Outer wear**
Our selection is second to none -- a combination of the latest fashions at prices from 1/3 to 50% less than our competition.

**Dress and Casual Pants**
Our all wool slacks have the perfect combination of style and price.

DEFENDANT'S
EXHIBIT
GRAHAM
CASE NO. 00-6270-Cr-
EXHIBIT NO. JURY 2

 **Discount Designer Menswear, Inc.**
**For Super Menswear Bargains!**

Suits | Tuxedos | Sport Coats | Slacks
Outer Wear | Ralph Lauren - Chaps
Home | Contact Us | About Us | Guest Book | FAQ's | Fitting Info | View Cart

  



**Discount Designer Menswear Inc.**
7300 Radice Court #504
Lauderhill, FL 33319
Toll Free: 1-866-761-1500
Outside the USA: 954-452-9104

Copyright © 2000 Discount Designer Menswear Inc.
ALL RIGHTS RESERVED

Webmaster EasyTech, Inc. 954-921-7138