UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBY DUDLEY,

        Defendant.
_____/



## JUDGMENT OF ACQUITTAL

**THIS MATTER** having come before the Court for criminal jury trial and the Jury having returned a unanimous verdict of not guilty as to Counts One through Ten of the Indictment, it is

**ORDERED AND ADJUDGED** that the Defendant, ROBY DUDLEY, is hereby, deemed Not Guilty, it being further

**ORDERED** that any bond heretofore posted in this matter is Exonerated and Discharged forthwith.

**DONE AND ORDERED** in chambers at Miami, Florida, this 8th day of May, 2002.

                                            _____
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

Copies: Annie Martienz, AUSA
       Debra Stuart, AUSA
       Albert Levin, Esq.
       Pretrial Services
       U. S. Marshal

