CJA 24
(REV. 10/89)

**AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT**

VOUCHER NO. *FCST 02 3188.02*

PAID BY *ON 4/24/02*

ACCT. CLASS. NOS.

DATE PAID *4/25/02 PM*

| 1. JURISDICTION | 1 ☐ MAGISTRATE | 2 ☒ DISTRICT | 2. MAG. DOCKET NO. |
| | 3 ☐ APPEALS | 4 ☐ OTHER *02* | |

3. DISTRICT DOCKETING NO. *CO-06270-CR-DLG*

4. APPEALS DOCKET NO.

5. FOR (DISTRICT/CIRCUIT)

6. IN THE CASE OF *USA* vs. *Dudley + Penney*

7. PERSON REPRESENTED *Rob Dudley*

8. LOCATION/ORGANIZATION CODE

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY) *TRIAL*

FILED by *✓* D.C.
CT. REP.

MAY 30 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).

*TRIAL  4/15-16-17-18-19/02*

11. ATTORNEY'S STATEMENT
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I therefore request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

► SIGNATURE OF ATTORNEY *Albert Z. Levin*  DATE *4-22-02*

ATTORNEY'S TELEPHONE NO.

1 ☐ FPD    2 ☐ CDO    3 ☒ PANEL ATTORNEY
4 ☐ RETAINED ATTORNEY    5 ☐ PRO SE

12. COURT ORDER
Financial inability of the person represented having been established to the Court's satisfaction, the authorization requested in Item 11 is hereby granted.

► SIGNATURE OF JUDGE OR MAGISTRATE

DATE

**13. SPECIAL AUTHORIZATIONS**

| | | 14. JUDGE'S INITIALS |
| --- | --- | --- |
| A. Apportion *1/3* of transcript with *Govt + co □* | | 14. A. |
| B. ☐ Expedited    ☒ Daily    ☐ Hourly Transcript | | 14. B. |
| C. ☐ Prosecution Opening Statement    ☐ Prosecution Argument    ☐ Prosecution Rebuttal ☐ Defense Opening Statement    ☐ Defense Argument    ☐ Voir Dire    ☐ Jury Instructions | | 14. C. |
| D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | | 14. D. |

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS
☒ Official    ☐ Contract    ☐ Transcriber    ☐ Other

16. FULL NAME OF PAYEE *Barbara Medina*

17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE *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*

18. PAYEE'S ADDRESS (INCLUDE CITY, STATE AND ZIP CODE) *99 NE 4 St Ste 1155  Miami Fl 33132*

19. TELEPHONE NO.
AREA CODE (*305*) NUMBER *523 5138*

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| A. Original | *1-192 1-204 1-97* | *610* | $ *5.50* | $ *3355* | $ *1/3* | $ *1118.00* |
| B. Copy | *"* | *610* | $ *1.00* | $ *610* | $ *1/3* | $ *203.00* |
| C. Expenses (Itemize): | | | | | | $ |

21. CLAIMANT'S CERTIFICATION
I hereby certify that the above claim is correct and that I have not claimed or received payment from any other source for the services rendered and claimed on this voucher.

► CLAIMANT'S CERTIFICATION  DATE *4/23/02*

22. CERTIFICATION OF ATTORNEY OR CLERK
I hereby certify that the transcript was received.

► SIGNATURE OF ATTORNEY/CLERK OF COURT  DATE *4-22-02*

23. TOTAL CLAIMED $ *1321.00*

24. APPROVED FOR PAYMENT
► SIGNATURE OF PRESIDING JUDICIAL OFFICER  DATE *4/20/02*

25. AMT. APPROVED $ *1321.00*