CJA 24 (REV. 10/89)

**AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT**

VOUC: FLST 02 3188
PAID BY: ov 4/17/02
ACCTG. CLASS. NOS.
DATE PAID: 4/22/02 upr

FILED by __ D.C.
CT. REP.
MAY 30 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.

1. JURISDICTION: ☒ DISTRICT
2. MAG. DOCKET NO.
3. DISTRICT DOCKETING NO.: 00-6270-CR-DLG
4. APPEALS DOCKET NO.
5. FOR (DISTRICT/CIRCUIT)
6. IN THE CASE OF: USA vs. Dudley
7. PERSON REPRESENTED: Boby Dudley
8. LOCATION/ORGANIZATION CODE

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY):
Trial 4-8-02 4-9-02 4-10-02 4-11-02 4-12-02

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Box 13C).
Trial 4-8-02 4-9-02 4-10-02 4-11-02 4-12-02

11. ATTORNEY'S STATEMENT
Signature of attorney: Albert Z. Levin   Date: 4/12/02
☒ PANEL ATTORNEY

12. COURT ORDER
Signature of Judge or Magistrate

13. SPECIAL AUTHORIZATIONS
A. Apportion 1/3 % of transcript with Govt + Co-Δ
B. ☒ Daily
14. JUDGE'S INITIALS

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS: ☒ Official
16. FULL NAME OF PAYEE: Barbara Medina
17. SOCIAL SECURITY: 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
18. PAYEE'S ADDRESS: 99 NE 4th St Ste 1155, Miami, Fl 33132
19. TELEPHONE: (305) 523-5138

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-417, 1773, 1-1641-185, 1-43 | 712 | $5.50 | $3916.02 | $2610.68 | $1305.34 |
| B. Copy | | 712 | $1.00 | $712.00 | $474.66 | $237.33 |
| C. Expenses (Itemize): | | | | | | |

21. CLAIMANT'S CERTIFICATION   Date: 4-12-02
22. CERTIFICATION OF ATTORNEY OR CLERK   Date: 4-12-02
23. TOTAL CLAIMED: $1542.67

24. APPROVED FOR PAYMENT   Date: 4/15/02
25. AMT. APPROVED: $1542.67

ORIGINAL - MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT.