CJA 24 (REV. 10/89)

# AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT

VOUCHER NO. FLSP 023188-03
PAID BY: 4/30/02
ACCTG/CLASS. NOS.

**1. JURISDICTION:** ☒ 2 DISTRICT
**2. MAG. DOCKET NO.:**
**3. DISTRICT DOCKETING NO.:** 00 6270-CR-DLG
**4. APPEALS DOCKET NO.:**
**5. FOR (DISTRICT/CIRCUIT):**
**6. IN THE CASE OF:** USA vs. Robey Dudley
**7. PERSON REPRESENTED:**
**8. LOCATION/ORGANIZATION CODE:**

DATE PAID 4/30/02 upB

FILED D.C.
AUG 0 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED:** TRIAL

**10. PROCEEDINGS TO BE TRANSCRIBED:** TRIAL 4/22/02 4/23/02

**11. ATTORNEY'S STATEMENT**
Signature: [signed] Albert Z Levin  Date: 4-24-02
☒ 3 PANEL ATTORNEY

**12. COURT ORDER**
Signature of Judge: [signed]  Date: 4/24/02

**13. SPECIAL AUTHORIZATIONS**
A. Apportion 1/3 of transcript with GOVT + COD — 14.A. [initials]
B. ☒ Daily — 14.B. [initials]

## CLAIM FOR SERVICES

**15. COURT REPORTER/TRANSCRIBER STATUS:** ☒ Official
**16. FULL NAME OF PAYEE:** Barbara Medina
**17. SOCIAL SECURITY NO.:** 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
**18. PAYEE'S ADDRESS:** 99 NE 4 St. Ste 1165, Miami FL 33152
**19. TELEPHONE NO.:** (305) 523-5138

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-163 / 1-185 | 163+185=348 | $5.50 | $1914.00 | $12.76 | $754.00 |
| B. Copy | 1-163 / 1-185 | 348 | $1.00 | $348 | $2.32 | |
| C. Expenses | | | | | | |

**21. CLAIMANT'S CERTIFICATION:** [signed] 4/23/02
**22. CERTIFICATION OF ATTORNEY OR CLERK:** [signed] 4-24-02
**23. TOTAL CLAIMED:** $754.00
**24. APPROVED FOR PAYMENT:** [signed] 4/24/02
**25. AMT. APPROVED:** $754.00

ORIGINAL - MAILED TO ADMINISTRATIVE OFFICE AFTER DISBURSEMENT.