

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBY DUDLEY, et.al.

    Defendants.

_____/

### COUNSEL'S RESPONSE TO COURT'S
### REQUEST FOR PLEADING IN SUPPORT OF
### FULL PAYMENT TO INVESTIGATOR RORY MCMAHON

**COMES NOW** the undersigned, attorney for Defendant ROBY DUDLEY in the above-styled cause and files this, his response to the Court's Request for Pleading in Support of Full Payment to Investigator Rory McMahon and would state as follows:

1.    The undersigned represented Defendant Roby Dudley in the above-styled cause.

2.    After a four (4) week trial, Defendant DUDLEY was acquitted of all ten (10) counts charged in the indictment.

3.    The undersigned was assisted in the investigation and preparation of this matter for trial by investigator Rory McMahon, President of McMahon and Associates, an investigative agency doing business in the Southern District of Florida.

4.    Aside from being instrumental to the Defense effort in trial, Mr. McMahon consumed many hours retrieving records, investigating the backgrounds of cooperating defendants, analyzing

1



USA v. ROBY DUDLEY
CASE NO.: 00-6270-CR-GRAHAM

transcripts of conversations, locating witnesses, conferring with the Defendant countless times and

assisting in formulating the defense in this case.

    5.     It is the opinion of the undersigned that investigator McMahon is entitled to

compensation in accordance with the time claimed by him in connection with this matter.

Dated this 3 day of September, 2002.

                                Respectfully submitted,

                                **Law Office of Albert Z. Levin, P.A.**
                                888 Brickell Avenue, Sixth Floor
                                Miami, Florida 33131
                                Telephone: (305) 379-7101
                                Fax: (305) 372-0052

                                ALBERT Z. LEVIN, ESQ.
                                FLA. BAR NO.: 316581