UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBEY DUDLEY,

        Defendant.
_____/



FILED by _____ D.C.
SEP - 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

**PURSUANT** to 28 U.S.C. Section 636 and the Magistrate Rules for the Southern District of Florida, the above captioned cause is hereby referred to United States Magistrate Judge **Peter R. Palermo** for a Report and Recommendation as to the appropriateness of Defense Counsel's CJA Voucher for Attorney's Fees.

**DONE AND ORDERED** in chambers, at Miami Florida, this 3rd day of August, 2002.

                                            _____
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
        Albert Levin, P.A.

SEP - 5 2002

Rec'd in MIA Dkt _____

