UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HANNIBAL PENNEY and
ROBY DUDLEY,

    Defendants.
_____/



FILED by GW D.C.
OCT 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

**THIS CAUSE** came before the Court upon Defendant Counsel's Response to Court's Request for Pleading in Support of Full Payment to Investigator Rory McMahon.

**THE COURT** has considered the response, the pertinent portions of the record, and is otherwise fully advised in the premises.

The Eleventh Circuit Court of Appeals has previously rejected payment of the above-referenced investigator's fees. Based upon the record before the Court, the Court is unable to resubmit the request for full payment to Investigator Rory McMahon. Therefore, it is

**ORDERED AND ADJUDGED** that if counsel desires the Court to resubmit the pertinent CJA request, counsel is directed to supplement its response with greater particularity within seven (7) days of the date of this Order. The supplemental response should include details concerning the approximate number of hours the

investigator expended retrieving records, the work involved in investigating the backgrounds of cooperating defendants, the number of cooperating defendants investigated, the number of witnesses or potential witnesses interviewed or located by the investigator, and the like.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 10th day of October, 2002.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Albert Levin, Esq.