UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6270-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,
v.

ROBY DUDLEY, et.al.

    Defendants.
_____/

### SUPPLEMENT TO COUNSEL'S RESPONSE TO COURT'S REQUEST FOR PLEADING IN SUPPORT OF FULL PAYMENT TO INVESTIGATOR RORY MCMAHON

**COMES NOW** the undersigned attorney and files this, his Supplement to Counsel's Previously filed Response to the Court's Request for Pleading in Support of Full Payment to Investigator Rory McMahon and would ask this Honorable Court to consider the attached in response to this Court's Order dated October 10, 2002.

**WHEREFORE**, the undersigned would respectfully request that this Honorable Court consider the attached as satisfying its request under its Order dated October 10, 2002.

Dated this 14th day of October, 2002.

                        Respectfully submitted,

                        **Law Office of Albert Z. Levin, P.A.**
                        888 Brickell Avenue, Sixth Floor
                        Miami, Florida 33131
                        Telephone: (305) 379-7101
                        Fax: (305) 372-0052

                        _____
                        ALBERT Z. LEVIN, ESQ.
                        FLA. BAR NO.: 316581



# McMAHON & ASSOCIATES
Certified Legal Investigator
1451 W. Cypress Creek Rd. • Suite 300 • Ft. Lauderdale, FL 33309
(954) 956-9066 • www.mcmahonpi.com



October 14, 2002

Albert Z. Levin, Esq.
888 Brickell Avenue
Sixth floor
Miami, FL 33131

**Re: Dudley, Roby**
Case No.: 00CR 6270

Albert,

In response to the Order from Judge Graham dated 10/11/02 please consider the following:

Records were obtained on the following individuals or entities in furtherance of the defense in this case:
1. Roby Dudley – Broward criminal, civil, official index, federal and online database;
2. Ed Hexter – Broward criminal, civil, official index, federal, and online database;
3. David Hexter – Broward civil, criminal, official index, federal, vital statistics (obtained death certificate), and online database;
4. Paul Oppenheimer – Broward civil, criminal, official index, federal (prior criminal case reviewed and copies obtained, 95CR6127 Zloch, also file obtained from Federal Archives – 89CV383); and online database;
5. Marc Goldberg – Broward civil, criminal, official index, federal and online database;
6. Charles Martin – Broward criminal, civil, official index, federal and online database;
7. Barbara Ann Kelley – Broward criminal, civil, official index federal and online database;
8. Datron Specialties Inc. (predecessor of Best Marketing) – Broward criminal, civil, Official index, federal and online database;

PAGE TWO

9. Best Marketing - Broward civil, criminal, official index, federal and online database;

It is very difficult to determine the exact number of hours involved in the aforementioned records research, which consisted of courthouse research in the Broward County and Federal Courthouses; online database searches of Florida public records and research in the Broward Recorder's office and office of Vital Statistics. I would estimate that no less than 25 hours were expended.

The following cooperating witnesses were located and interviewed:
1. Larry and Linda Patton – defense witnesses
2. William Estrella, Jr. – defense witness
3. Jay A Coulter – defense witness
4. Barbara Kelley – defense witness
5. Ruth Geier – defense witness
6. Clarence Buehner – defense witness
7. Robert Marcello – defense witness
8. Leslie Goldberg – wife of Marc Goldberg, government witness, interviewed for impeachment purposes;
9. Jan Goldberg – ex-wife of Marc Goldberg, interviewed for impeachment purposes.
10. Cathy Campbell – Support Agent, Walworth County, interviewed for impeachment of witness Marc Goldberg
11. Sam Fields, Esq. – defense witness
12. Ruth Weiss – defense witness

The above twelve witnesses were located through online database searches conducted by Inv. McMahon. Seven of the twelve reside out of the state of Florida. Numerous phone calls were made to each of the witnesses, first in an effort to find and verify that they were the right people; then interviewing, and subsequently time was spent coordinating the appearances of Patton, Estrella, and Coulter to testify at the trial. Marcello and Buehner were initialed scheduled to appear but dropped as witnesses due to health and other financial considerations.

PAGE THREE

Again, it is difficult to determine the exact number of hours spent on the above referenced tasks, which occurred over the period of six months. However, it is estimated that no less than 25 hours was required. Additionally, Investigator McMahon coordinated the appearance of Patton, Estrella, and Buehner at the trial by picking them up at their hotel and driving them to the Courthouse. None of the three witnesses was familiar with the city of Miami.

When you add the above activities to the additional investigative activities involved in reviewing the discovery material provided by the prosecution, meeting with the defendant and Attorney Levin for guidance and direction, as well as preparation of reports and testimony for possible appearance as a witness in the case, the number of hours actually spent on this case is in excess of 100, well above the Court approved $3500. Cap.

Should you have any additional questions, please feel free to contact me at your convenience.

Respectfully submitted,

Rory J. McMahon, CLI
Certified Legal Investigator