UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

UNITED STATES OF AMERICA,                CASE NO. 00-6270-CR-GRAHAM

    Plaintiff,

vs.

ROBEY DUDLEY,

    Defendant.                              REPORT AND RECOMMENDATION
_____/

    Court-appointed defense counsel Albert Z. Levin submitted a voucher with appended time sheets requesting $23,945.50 for attorney's fees and costs pursuant to the Criminal Justice Act (CJA)[1]. Attorney Levin represented Mr. Dudley for the 10/25/01 to 4/29/02 (six month) period of service through a jury verdict and acquittal. The voucher was referred to the undersigned on September 3, 2002, by the Honorable Donald L. Graham for a report and recommendation as to the appropriateness of the fees requested. *28 U.S.C. Sec. 636(a); Local Magistrate Judge Rules*. The district court, as the body empowered to "fix" CJA appointed counsel compensation, has the statutory authority to determine what is a reasonable expense or a reasonable use of billable time. See *U.S. v. Linney*, 134 F.3d 274, 281 (4th Cir. 1998) (*citing U.S. v. Stone*, 53 F.3d 141, 143 (6th Cir. 1995)).

## DISCUSSION

    This Court's CJA Administrator reviewed the voucher for compliance with CJA guidelines and mathematical correctness prior to the undersigned's review and made no

---

[1] This includes $6,405 for 85.4 in-court hours @$75/hour; $17,440.50 for 317.10 out-of-court hours @$55/hour; plus $100 in travel expenses.

adjustments to the fees and expenses claimed. The undersigned is advised that Judge Graham's court clerk verified the 85.4 in-court hours reported, including 16 days or 75.8 hours of trial time (including jury deliberations), and 9.6 hours for other in-court time reported. As for out-of-court time, attorney Levin requests compensation for 317.10 hours.

In making this recommendation, the undersigned initially met with Lucy Lara, the CJA and Case Assignment Administrator, for an explanation of CJA attorney fee and expense allowance policies. The undersigned also met with Mr. Levin in person on 10/18/02 and carefully reviewed the fee voucher and appended time sheets with him at that time. As a result, I am satisfied that counsel documented actual time spent on the case and find the time billed for out-of-court time to be reasonable, with minor exception.

Mr. Levin himself noted that 3.1 hours for "Investigative and Other Work" were erroneously included for "Jury deliberations (out of court)." It was agreed that this is a non-compensable item and that this entry was probably due to a scrivener's error. The undersigned further notes that Mr. Levin was very cooperative and fair in trying to keep his billing to a minimum, and offered to deduct the 3/31/02 time entry for 5 hours of trial preparation just to avoid any appearance of engaging in excessive trial preparation.[2]

Based on the foregoing, I am therefore recommending that Mr. Levin be paid the voucher amount minus $ 335.50 for 6.1 out-of-court hours (3.1 hours erroneously included + 3 of the 5

---

[2] Counsel also billed at the former $55/hour rate for out-of-court time. The CJA Administrator's Office advises that on 5/1/02, upon immediate conclusion of Mr. Levin's representation in this case, this hourly rate increased to $90/hour for both in-court and out-of-court time.

hours counsel agreed to), for a total of $23,610 for his work in this case, as follows:

- o  85.4 hours of in-court time @ $75/hour = $6,405

- o  311 hours for out-of-court time @$55/hour = $17,105

    (22.9 hours for Interviews and Conferences;
    143.6 hours for Obtaining and Reviewing Records;
    8.0 for Legal Research and Writing;
    3.3 for Travel time;
    133.2 for Investigative and Other work)

- o  $100 in parking expenses

Accordingly, it is hereby **RECOMMENDED** that the Government reimburse Mr. Levin the amount of **$23,610** for his service in this case.

In accordance with 28 U.S.C. §636(b)(1)(C), the parties shall have ten (10) days from receipt of this Report and Recommendation in which to serve and file any written objections with the Honorable Donald L. Graham, United States District Judge.

Respectfully submitted this ?-? day of October, 2002.

**PETER R. PALERMO**
**SR. UNITED STATES MAGISTRATE JUDGE**

cc:   Hon. Donald L. Graham
      Albert Z. Levin, Esq.