*UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION*

Case 00-6270-CR-DLG

**THE UNITED STATES OF AMERICA,**

        Plaintiff,

  vs.

                          MIAMI, FLORIDA

**ROBY DUDLEY and
HANNIBAL PENNEY,**

                             APRIL 9, 2002

        Defendants.

---

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE**

Volume 2

APPEARANCES:

FOR THE GOVERNMENT:

        **ANA MARIA MARTINEZ, A.U.S.A.
        DEBRA STUART, A.U.S.A.**
        99 N.E. 4th Street
        Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNEY:

        **WILLIAM NORRIS, ESQ.**

FOR DEFENDANT DUDLEY:

        **ALBERT Z. LEVIN, ESQ.**

REPORTED BY:

        **BARBARA MEDINA, RPR-CP**
        Official Federal Court Reporter
        Federal Justice Building, Ste. 1067
        99 Northeast 4th Street
        Miami, FL  33132 - 305/523-5138
        E-mail address:  barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**

[Filed stamp: DEC 10 2002, CLARENCE MADDOX, CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI]