UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 00-6270-CR-DLG

FILED by _____ D.C.
APPEALS
DEC 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBY DUDLEY and
HANNIBAL PENNEY,

        Defendants.

MIAMI, FLORIDA

APRIL 11, 2002

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE

Volume 4

APPEARANCES:

FOR THE GOVERNMENT:

    ANA MARIA MARTINEZ, A.U.S.A.
    DEBRA STUART, A.U.S.A.
    99 N.E. 4th Street
    Miami, FL   33132 - 305/961-9431

FOR DEFENDANT PENNEY:

    WILLIAM NORRIS, ESQ.

FOR DEFENDANT DUDLEY:

    ALBERT Z. LEVIN, ESQ.

REPORTED BY:

    BARBARA MEDINA, RPR-CP
    Official Federal Court Reporter
    Federal Justice Building, Ste. 1067
    99 Northeast 4th Street
    Miami, FL   33132 - 305/523-5138
    E-mail address:   barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**