*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

Case 00-6270-CR-DLG

**THE UNITED STATES OF AMERICA,**

       Plaintiff,

vs.

                    MIAMI, FLORIDA

**ROBY DUDLEY and**
**HANNIBAL PENNEY,**

                    APRIL 15, 2002

       Defendants.

---

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE DONALD L. GRAHAM,**
**UNITED STATES DISTRICT JUDGE**

Volume 6

APPEARANCES:

FOR THE GOVERNMENT:

      **ANA MARIA MARTINEZ, A.U.S.A.**
      **DEBRA STUART, A.U.S.A.**
      99 N.E. 4th Street
      Miami, FL   33132 - 305/961-9431

FOR DEFENDANT PENNEY:

      **WILLIAM NORRIS, ESQ.**

FOR DEFENDANT DUDLEY:

      **ALBERT Z. LEVIN, ESQ.**

REPORTED BY:

      **BARBARA MEDINA, RPR-CP**
      Official Federal Court Reporter
      Federal Justice Building, Ste. 1067
      99 Northeast 4th Street
      Miami, FL   33132 - 305/523-5138
      E-mail address:  barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**