UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 00-6270-CR-DLG

FILED by ___ D.C.
APPEALS
DEC 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.
                          MIAMI, FLORIDA

ROBY DUDLEY and
HANNIBAL PENNEY,
                          APRIL 16, 2002

        Defendants.

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE

Volume 7

APPEARANCES:

FOR THE GOVERNMENT:

        ANA MARIA MARTINEZ, A.U.S.A.
        DEBRA STUART, A.U.S.A.
        99 N.E. 4th Street
        Miami, FL   33132 - 305/961-9431

FOR DEFENDANT PENNEY:

        WILLIAM NORRIS, ESQ.

FOR DEFENDANT DUDLEY:

        ALBERT Z. LEVIN, ESQ.

REPORTED BY:

        BARBARA MEDINA, RPR-CP
        Official Federal Court Reporter
        Federal Justice Building, Ste. 1067
        99 Northeast 4th Street
        Miami, FL   33132 - 305/523-5138
        E-mail address:   barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**