UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 00-6270-CR-DLG

THE UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                MIAMI, FLORIDA

ROBY DUDLEY and
HANNIBAL PENNEY,

                              APRIL 18, 2002

      Defendants.

FILED by A.C. / D.C.
APPEALS
DEC 10 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE

Volume 9

APPEARANCES:

FOR THE GOVERNMENT:

      ANA MARIA MARTINEZ, A.U.S.A.
      DEBRA STUART, A.U.S.A.
      99 N.E. 4th Street
      Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNEY:

      WILLIAM NORRIS, ESQ.

FOR DEFENDANT DUDLEY:

      ALBERT Z. LEVIN, ESQ.

REPORTED BY:

      BARBARA MEDINA, RPR-CP
      Official Federal Court Reporter
      Federal Justice Building, Ste. 1067
      99 Northeast 4th Street
      Miami, FL  33132 - 305/523-5138
      E-mail address:  barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**