UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 00-6270-CR-DLG

FILED by _____ D.C.
APPEALS
DEC 18 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

                          MIAMI, FLORIDA

ROBY DUDLEY and
HANNIBAL PENNEY,

                          APRIL 19, 2002

        Defendants.

---

TRANSCRIPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE DONALD L. GRAHAM,
UNITED STATES DISTRICT JUDGE

Volume 10

APPEARANCES:

FOR THE GOVERNMENT:

        ANA MARIA MARTINEZ, A.U.S.A.
        DEBRA STUART, A.U.S.A.
        99 N.E. 4th Street
        Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNEY:

        WILLIAM NORRIS, ESQ.

FOR DEFENDANT DUDLEY:

        ALBERT Z. LEVIN, ESQ.

REPORTED BY:

        BARBARA MEDINA, RPR-CP
        Official Federal Court Reporter
        Federal Justice Building, Ste. 1067
        99 Northeast 4th Street
        Miami, FL  33132 - 305/523-5138
        E-mail address:  barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**