UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 00-6270-CR-DLG

**THE UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

        MIAMI, FLORIDA

**ROBY DUDLEY and**
**HANNIBAL PENNEY,**

        APRIL 26, 2002

        Defendants.

FILED by APPEALS D.C.
FEB 07 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

**TRANSCRIPT OF JURY TRIAL PROCEEDINGS**
**BEFORE THE HONORABLE DONALD L. GRAHAM,**
**UNITED STATES DISTRICT JUDGE**

Volume 15

APPEARANCES:

FOR THE GOVERNMENT:

    **ANA MARIA MARTINEZ, A.U.S.A.**
    **DEBRA STUART, A.U.S.A.**
    99 N.E. 4th Street
    Miami, FL  33132 - 305/961-9431

FOR DEFENDANT PENNEY:

    **WILLIAM NORRIS, ESQ.**

FOR DEFENDANT DUDLEY:

    **ALBERT Z. LEVIN, ESQ.**

REPORTED BY:

    **BARBARA MEDINA, RPR-CP**
    Official Federal Court Reporter
    Federal Justice Building, Ste. 1067
    99 Northeast 4th Street
    Miami, FL  33132 - 305/523-5138
    E-mail address:  barbmedina@aol.com

**TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION**